# REDACTED

# VERSION

IIH- 5117-JGD
through
IIH- 5126-JGD

## AFFIDAVIT OF SPECIAL AGENT PHILLIP LAVOIE

### I. INTRODUCTION

Special Agent Phillip Lavoie deposes and states as follows:

1.  I have been a Special Agent with ICE since April 2007. I was a Border Patrol Agent with the Department of Homeland Security, assigned to San Diego, CA, from approximately June 2006 until I became a Special Agent with ICE. I am currently assigned to the Organized Crime Drug Enforcement Task Force ("OCDETF") Boston Strike Force. Since becoming a Special Agent with ICE, I have conducted numerous investigations of unlawful drug distribution and importation in violation of 21 U.S.C. §§ 841(a)(1), 843(b), 846, 952, 960 and 963, and have conducted and participated in wiretaps, physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefings of informants and witnesses and reviewed taped conversations, telephone, financial and drug records. Through my training, education and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payment for such drugs. Through my training, education and experience, I have become familiar with the manner in which narcotics organizations use firearms in furtherance of their narcotics trafficking activity, to protect their members, their narcotics and their narcotics proceeds.

2.  During the course of my law enforcement career, I have written and/or participated in the execution of numerous search warrants. In a substantial number of residential searches executed in connection with the drug investigations in which I have been involved, the following kinds of drug-related evidence have typically been recovered: (a) controlled

substances, such as marijuana, oxycodone, cocaine, and ecstasy; (b) paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances; (c) books, records, receipts, notes, ledgers, and other papers relating to the distribution of controlled substances; (d) personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to individuals involved in the distribution of controlled substances; (e) cash, currency, and records relating to controlled substances income and expenditures of money and wealth, such as money orders, wire transfers, cashier's checks and receipts, bank statements, and checkbooks; (f) specially manufactured hidden compartments known as "hides" that are used to store drugs and drug proceeds and which are at time electronically controlled and operated; and (g) firearms and other dangerous weapons.

3.     In addition, during the course of such residential searches, I and other agents have also found items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the subject premises. Such identification evidence is typical of the articles people commonly maintain in their residences, such as canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, and keys.

4.     Based upon my training and experience, as well as the knowledge and experience of other agents and police officers in my office, I am aware that it is generally a common practice for drug traffickers to store their drug inventory and drug-related paraphernalia (as described above) in their residences. Further, it is generally a common practice for drug traffickers to maintain in their residences records relating to their drug trafficking

2

activities. Because drug traffickers in many instances will "front" (that is, sell on consignment) controlled substances to their clients, or alternatively, will be "fronted" controlled substances from their suppliers, such record-keeping is necessary to keep track of amounts paid and owed, and such records will also typically be maintained close at hand so as to readily ascertain current balances. Often drug traffickers keep "pay and owe" records to show balances due for drugs sold in the past ("pay") and for payments expected ("owe") as to the trafficker's supplier and the trafficker's dealer(s). Additionally, drug traffickers must maintain telephone and address listings of clients and suppliers and keep them immediately available in order to conduct their drug trafficking business efficiently.

5.    It is also a generally common practice for traffickers to conceal at their residences large sums of money, either the proceeds from drug sales or monies to be used to purchase controlled substances. In this connection, drug traffickers typically make use of wire transfers, cashier's checks, and money orders to pay for controlled substances. Evidence of such financial transactions and records relating to income and expenditures of money and wealth in connection with drug trafficking would also typically be maintained in residences.

6.    Typically, drug traffickers possess firearms and other dangerous weapons to protect their profits, supply of drugs, and persons from others who might attempt to forcibly take the traffickers' profits and/or supply of drugs.

7.    My awareness of these drug trafficking practices, as well as my knowledge of drug use and distribution techniques as set forth in this Affidavit, arise from the following: (a) my

3

own involvement in prior drug investigations and searches during my career as a law enforcement officer, as previously described in the training and qualifications portion of this affidavit; (b) my involvement on a number of occasions in debriefing confidential informants and cooperating individuals in prior drug investigations, as well as what other agents and police officers have advised me when relating the substance of their similar debriefings and the results of their own drug investigations, more particularly described below; (c) from this particular investigation and other investigations involving the interception of wire communications pursuant to a court authorized Title III wiretap.

**This Investigation**

8.    I have personally participated in the investigation of the subjects named in this Affidavit since approximately February 2010. I am familiar with the facts and circumstances of this investigation from oral and written reports made to me by other Agents of ICE, DEA, other federal, state and local law enforcement agencies.

9.    I am submitting this affidavit for three reasons: (A) in support of a criminal complaint charging: (1) SAFWAN MADARATI, a.k.a. "Sammy"; (2) VARTAN A. SOUKIASIAN, a.k.a. "V"; (3) HAGOP N. SARKISSIAN, a.k.a. "Jack"; (4) ANTRANIC IDANJIAN, a.k.a. "Anto"; (5) ROBERT JOHNSON, a.k.a. "Bobby"; (6) SANUSIE MO KABBA; (7) JEFFREY SPINKS; (8) ABRAHAM BELLINI, and (9) KARAPET DZHANIKYAN, a.k.a. "Garo" with conspiracy to distribute marijuana and oxycodone in violation of 21 U.S.C. §846; (B) in support of a criminal complaint charging: (1) SAFWAN MADARATI, a.k.a. "Sammy," (2) HAGOP N. SARKISSIAN, a.k..a. "Jack," (3) SANUSIE MO KABBA; (4) RONALD J. MARTINEZ; and (5)

4

"D.V." (a juvenile)

▓▓▓▓▓▓▓▓ with conspiracy to collect debt by extortionate means in violation of

18 U.S.C. §894(a); and (C) in support of search warrants for the following target

locations:

a.    185 Warren Street, Watertown, Massachusetts;

b.    164 Grove Street, Waltham, Massachusetts;

c.    80 Warren Street, Waltham, Massachusetts;

d.    10 Oakley Road, Watertown, Massachusetts;

e.    *LLG Jewelry & Gifts,* 279 Cambridge Street, Colonial Park, #2A, Burlington, Massachusetts;

f.    14 Lexington Street , Stoneham, Massachusetts;

g.    26 Sherman Street, Cambridge, Massachusetts; and

h.    19 Sylvan Street, Boylston, Massachusetts

10.    This affidavit does not set forth all the facts developed during the course of this

investigation.  Rather, it sets forth only those facts that are necessary and sufficient to

establish probable cause to believe that the defendants identified herein have committed

and will continue to commit controlled substance, money laundering, and extortion

offenses and evidence, fruits, instrumentalities of these offense will be found in the above

described target locations.

## II. SUMMARY OF EVIDENCE

**A.    June 14, 2010, Seizure of $70,040 in Drug Proceeds from SAFWAN MADARATI in Watertown, Massachusetts**

11.    Beginning in approximately February 2010, ICE agents in Vermont began an

investigation into a drug trafficking organization based in Canada that was utilizing

warehouses in Massachusetts, Rhode Island and elsewhere to offload and distribute large quantities of marijuana. The investigation ultimately led agents to a warehouse located at 33 Flagship Drive, North Andover, Massachusetts. That investigation, and surveillance of this warehouse, led ICE and DEA agents in Boston to an individual in Watertown identified as SAFWAN MADARATI, a.k.a. "Sammy."

12.    In particular, during the surveillance of the warehouse on March 23, 2010, agents observed a U-Haul truck arrive that was rented by ▓▓▓▓▓ 10 Samuel Street, Lowell, MA. About a month later on April 29, 2010, other law enforcement agents and I conducted surveillance of ▓▓▓ who was driving a Toyota Camry Solara bearing MA registration 113EN2, and followed ▓▓▓ to the area of 185 Warren Street, Watertown, MA, the residence of SAFWAN MADARATI. While at 185 Warren Street, I observed ▓▓▓ meet with a male whom I later identified through a Massachusetts Driver's License as SAFWAN MADARATI leaning on a black Mercedes E55 AMG bearing MA registration 239-FJ5, registered to ▓▓▓▓▓, 185 Warren Street, Watertown, MA.

13.    On June 7, 2010, at approximately 10:35 a.m., MADARATI and his wife, ▓▓▓▓▓ ▓▓▓, attempted to enter the United States from Canada through the Highgate Springs Point of Entry ("POE") in Vermont. MADARATI was driving the black Mercedes Benz, bearing MA registration 239-FJ5. The sole passenger was ▓▓▓ Pursuant to my request, CBPO Officers conducted a routine secondary examination at the POE. During the secondary examination, officers found MADARATI in possession of two cellular phones: a Samsung cellular phone bearing cellular phone number (857) 294-6454, and a Verizon Wireless Blackberry 9350 assigned cellular phone number (617) 335-2078,

which was later the subject of a Title III wiretap (Target Telephone #1), no money or
contraband was found or seized.

14. About a week later, in the afternoon of June 14, 2010, ICE agents, including SA John
Pascuicco, SA Michael Krol, SA Eric Mackin, MSP Sgt. Dean Levangie and I set up
surveillance in the area of Mt. Auburn Street in Watertown, MA. At approximately 4:25
p.m., SA Krol and Sgt. Levangie observed ▓▓▓▓▓ and a second Asian male driving a
red Toyota, bearing MA registration 113EN2 arrive at a parking lot of a Dunkin Donuts
located in the area of 68 Mt. Auburn Street in Watertown. Around the same time, SA
Mackin observed MADARATI exit his residence at 185 Warren Street and get into a
black Mercedes AMG convertible, bearing MA registration D4R. A short time later, SA
Mackin, SA Krol and Sgt. Levangie saw MADARATI arrive in the same parking lot
where ▓▓▓▓▓ was parked and parked approximately 20 to 25 feet away from ▓▓▓▓▓.
Moments later, SA Krol observed Sok On, the passenger of the Toyota, get out his
vehicle and walk toward MADARATI carrying a black and red duffle bag. Agent Krol
observed ▓▓▓▓▓ stand outside the black Mercedes convertible and engage MADARATI
in conversation for several minutes, while MADARATI remained inside the vehicle. At
around 4:49 p.m., ▓▓▓▓▓ got into the black Mercedes convertible with MADARATI.
Moments later, MADARATI and ▓▓▓▓▓ drove out of the parking lot in the black
Mercedes convertible.

15. After making these observations, SA Pascuicco made contact with a marked cruiser from
the Watertown Police Department that had left the parking lot minutes before. SA
Pascuicco informed the officers that he was a federal ICE agent and requested their

7

assistance in conducting a motor vehicle stop of MADARATI and ▓▓▓▓▓

16.    At approximately 4:52 p.m., Sgt. James O'Connor and Officer Jean Sarkissian conducted
a traffic stop of the black Mercedes convertible near the intersection of Summer Street
and Waverley Avenue in Watertown after observing the vehicle fail to come to a
complete stop at the stop sign at the intersection, and make a right turn onto Waverley
Avenue. During the traffic stop, which SA Pascuicco observed, SA Pascuicco
approached the Watertown Police officers and asked if he could speak with MADARATI
and ▓▓▓▓▓, who were still seated in the black Mercedes convertible.

17.    During the stop, ICE SA Pascuicco approached MADARATI and ▓▓▓▓▓ while they
were still in the black Mercedes convertible, identified himself as a law enforcement
officer, but did not specify that he was employed as a federal agent. Agent Pascuicco
asked MADARATI and ▓▓▓▓▓ about what had just transpired at the Dunkin Donuts
parking lot. Both MADARATI and ▓▓▓▓▓ stated that MADARATI was giving ▓▓▓▓▓
a ride home, but there were discrepancies in whether ▓▓▓▓▓ was going to a bus station or
train station. Agent Pascuicco then asked both MADARATI and ▓▓▓▓▓ about the bag
that agents had observed ▓▓▓▓▓ bring into MADARATI's vehicle. Neither
MADARATI or ▓▓▓▓▓ provided an answer, after which SA Pascuicco asked both
MADARATI and ▓▓▓▓▓ about the black and red duffle bag that SA Krol had observed
moments before that was now on the floor on the passenger side of the vehicle, under ▓▓▓▓▓
▓▓▓▓▓ legs. ▓▓▓▓▓ did not provide any explanation about the bag and again stated that he
was just getting a ride from MADARATI. Agent Pascuicco then asked MADARATI and
▓▓▓▓▓ if he could look in the bag. MADARATI said that the bag was not his. Agent

8

Pascuicco then looked inside the bag and found a shoe box containing a large amount of U.S. currency that was later counted and determined to be \$70,040, wrapped in seven \$10,000 bundles, which I believed to be drug proceeds. After finding the money, SA Pascuicco asked both MADARATI and ▓▓▓ who the money belonged to. ▓▓▓ responded, "not mine" and MADARATI similarly denied ownership of the bag. Shortly thereafter, SA Pascuicco transferred possession of the black and red duffle bag to me and I began to photograph both the money, MADARATI and ▓▓▓s identifications, and citation written for the traffic infraction. A short time later, MADARATI and Sok On were permitted to leave.

18.   Beginning on August 16, 2010, and continuing until the present time, ICE and DEA agents received court authorization to intercept and record MADARATI's cell phone communications. These wiretaps have revealed that MADARATI is involved in the distribution of Marijuana, Oxycodone, Cocaine, and Ecstasy in and around the area of Watertown, Massachusetts. The investigation has revealed that MADARATI along with other individuals, including VARTAN SOUKIASIAN, HAGOP SARKISSIAN, ROBERT JOHNSON, a.k.a. "Bobby," and others are involved in the distribution of wholesale quantities of marijuana that MADARATI receives from an organization based in Quebec.

**B.   Title III Wiretaps**

19.   As further described below, beginning on August 16, 2010, and continuing until April 20, 2011, ICE and the DEA conducted a series of Title III wiretaps on cellular phones used by MADARATI, SOUKIASIAN, and IDANJIAN.

9

20.    On August 16, 2010, the Honorable U.S. District Court Judge George A. O'Toole, Jr.

signed an Order authorizing the interception of wire and electronic communications to

and from Verizon Wireless cellular telephone number **(617) 335-2078**, subscribed to

Safwan Madarati, 185 Warren Street, Watertown, MA 02472-1721, on a Blackberry

device bearing MEID number 268435457300912207 ("Target Telephone #1) used by

SAFWAN MADARATI. The interception of wire and electronic communications over

Target Telephone #1 began on August 18, 2010, and ended on September 16, 2010.

21.    On September 20, 2010, the Honorable U.S. District Court Judge George A. O'Toole, Jr.

signed an Order authorizing the interception of wire and electronic communications to

and from T-Mobile USA cellular telephone number **(857) 225-3994**, subscribed to Tony

N. Banks, bearing IMSI 310260251085479 (hereinafter the "Target Telephone #2") used

by MADARATI. The interception of Target Telephone #2 began on September 21, 2010,

and was discontinued on or about October 13, 2010.

22.    On October 22, 2010, the Honorable U.S. District Court Judge George A. O'Toole, Jr.,

signed an Order authorizing the interception of wire and electronic communications to

and from T-Mobile USA cellular telephone number **(603) 706-8139**, subscribed to Blad

Lee, bearing IMSI 310260527565279 (hereinafter"Target Telephone #3") used by

MADARATI. The interception of Target Telephone #3 began on October 22, 2010, and

was discontinued on November 3, 2010.

23.    On November 10, 2010, the Honorable U.S. District Court Judge George A. O'Toole, Jr.

signed an Order authorizing the interception of wire and electronic communications to

and from T-Mobile USA cellular telephone number **(978) 930-2680**, subscribed to Jhon

Levian, with no address listed (DOB:1980), bearing IMSI 310260483643612 (hereinafter "Target Telephone #4") used by MADARATI. The interception of Target Telephone #4 began on November 11, 2010, and ended on December 10, 2010.

24.     On December 17, 2010, the Honorable U.S. District Court Judge George A. O'Toole, Jr. signed an Order authorizing: (a) the renewed interception of wire and electronic communications to and from T-Mobile USA cellular telephone number **(978) 930-2680**, subscribed to Jhon Levian, bearing IMSI 310260483643612 (hereinafter the "Target Telephone #4") used by MADARATI and (b) the initial interception of wire communications to and from Sprint PCS cellular telephone number **(857) 829-0797**, subscribed to Mary Soukiasian, 1191 Washington St., West Newton, MA, 02465, bearing IMSI 316010015560768 and UFMI 180*169741*1 (hereinafter "Target Telephone #5") used by VARTAN SOUKIASIAN. The interception of both Target Telephone #4 and #5 began on December 18, 2010. On January 16, 2011, the interception of Target Telephone #5 was terminated pursuant to the Court's order. As described below, on January 14, 2011, the Court authorized an extension of the interception of Target Telephone #4 on January 14, 2011.

25.     On January 14, 2011, the Honorable U.S. District Court Judge George A. O'Toole, Jr. signed an Order authorizing the continued interception of wire and electronic communications to and from T-Mobile USA cellular telephone number **(978) 930-2680**, subscribed to Jhon Levian, (DOB: 1980), bearing IMSI 310260483643612 (hereinafter the "Target Telephone #4") used by MADARATI. The Court's order extended the previous period of interception authorized on December 17, 2010, but was terminated on

11

February 4, 2011.

26.    On February 7, 2011, the Honorable U.S. District Court Judge George A. O'Toole, Jr.
signed an Order authorizing: (a) the interception of wire and electronic communications
to and from T-Mobile USA cellular telephone number **(860) 964-0897**, subscribed to
jonah none smith, bearing IMSI 310260482266924 (hereafter "Target Telephone #6")
used by MADARATI and **(b)** the interception of wire communications to and from Sprint
PCS cellular telephone number **(978) 265-3313**, subscribed to Antoines Service Inc, 480
Lowell Street, Peabody, MA, bearing UFMI 180*21357*1 and IMSI 316010000932343
(hereinafter "Target Telephone #7") used by ANTRANIC IDANJIAN. The interception
of Target Telephone #6 and Target Telephone #7 began on February 7, 2011. The
interception of Target Telephone #6 was discontinued on February 23, 2011. The
interception of Target Telephone #7 and was discontinued pursuant to the Court's Order.

27.    On March 1, 2011, the Honorable U.S. District Court Judge George A. O'Toole, Jr.
signed an Order authorizing the interception of wire and electronic communications to
and from the following target devices used by MADARATI: (a) Verizon Wireless cellular
telephone number **(617) 335-2078**, subscribed to Safwan Madarati, 185 Warren Street,
Watertown, MA 02472-1721, on a Blackberry device bearing MEID number
268435457300912207 (hereinafter the "Target Telephone #1); (b) T-Mobile USA cellular
phone number **(617) 319-5012**, subscribed to Sam White, bearing IMSI
310260438332167 (hereinafter "Target Telephone #8"); and (c) T-Mobile USA cellular
phone number **(207) 385-7803**, subscribed to Devin Johson bearing IMSI
310260433536682 (hereinafter "Target Telephone #9").

28.   On March 18, 2011, the Honorable U.S. District Court Judge George A. O'Toole, Jr.
      signed an Order authorizing the interception of wire and electronic communications to
      and from T-Mobile USA cellular phone number (207) 391-2215, subscribed to Tony
      White (hereafter "Target Telephone #10). The interception of Target Telephone #10 was
      discontinued on March 24, 2011, after it appeared that MADARATI discontinued using
      Target Telephone #10 the same day interceptions began, on March 18, 2011.

29.   On April 1, 2011, the Honorable U.S. District Court Judge George A. O'Toole, Jr. signed
      an Order authorizing the interception of wire communications to and from T-Mobile USA
      cellular telephone number (617) 319-5235, subscribed to Tony Wait ("Target Telephone
      #11"). The Order also authorized the interception of wire communications to and from
      any cellular telephone used by MADARATI during the thirty-day authorization period
      pursuant to Title 18, United States Code, Section 2518(11)(b). Pursuant to the Court's
      Order, agents intercepted the following T-Mobile USA prepaid cellular phone numbers
      cellular phones that have been used by MADARATI during the thirty day period: (617)
      412-0488 ("Target Telephone #12"), (802) 829-9274 ("Target Telephone #13"), ("Target
      Telephone #14"), (302) 252-6579 ("Target Telephone #14"); and (339) 204-3901
      ("Target Telephone #15").

30.   The phone conversations and text messages described herein were intercepted pursuant to
      the above-described court orders permitting the interception of wire and electronic
      communications.  The phone calls took place in English, Arabic, and Armenian. These
      descriptions of phone conversations are excerpts of rough, preliminary (draft)
      transcriptions of English conversations and English translations and/or non-verbatim

13

summaries prepared by Arabic and Armenian speaking government contractors. In these descriptions, enclosed in parentheses, I have included comments and interpretations of my opinions regarding the meaning of some of these phone calls which are based on my training and experience, the training and experience of other law enforcement agents with whom I work, and the results of the investigation to date. The times ascribed to the phone conversations, and all other events described herein, are approximate.

C.    **MADARATI Collects Drug Money**

31.    On August 20, 2010, at 8:46 p.m., MADARATI made an outgoing call over Target Telephone #1 to a pre-paid cellular phone number (617) 752-8318, subscribed to Michael Jones and spoke to a male agents believe to be SANUSIE MO KABBA. During the call, MADARATI asked KABBA where he was located and told the KABBA that he was at the store. KABBA said that he was about 10 minutes away in Roslindale. MADARATI told KABBA that he did not "want to go back empty" and said he would wait outside. KABBA agreed to meet with MADARATI right now. Around the same time, law enforcement agents observed MADARATI in his black Mercedes, bearing MA registration 239FJS, parked near a Quick Mart convenience store at 338A Warren Street in Roxbury, MA, which is owned by KABBA. On October 23, 2010, KABBA was the victim of a shooting inside the same Quick Mart store in Roxbury. During the shooting, the unidentified shooter was armed with an AK-47 assault rifle and shot and killed a woman inside the store, who was believed to have been an innocent bystander. Days after this shooting, during a call intercepted on October 28, 2010, at 4:56 p.m over Target Telephone #3, MADARATI told KARAPET DZHANIKYAN, a.k.a. "Garo" about how

14

SANUSIE M. KABBA was shot at his Quick Stop convenience store on Saturday, October 23, 2010. MADARATI said, "Yes, yes, yes, yes, he's shot four times and his stomach, he's ah, the woman was, she's, she's the one, she took the hit, because they walked in to kill him, and they shot him, and the bullets went through the woman because he was on the window, they went through the woman, leave the woman's body went to his body so he didn't die, it just hit his stomach, but the other woman die, and seven people got killed that night." MADARATI then explained that he could not go see him yet because there cops all over the place.

32.    On October 22, 2010, at 7:20 p.m., MADARATI made an outgoing call over Target Telephone #3 to a male believed to be ROBERT JOHNSON, a.k.a. "Bobby" at phone number (339) 227-0701, subscribed to Robert Johnson **14 Lexington St. Stoneham, MA.** During the call, MADARATI asked JOHNSON about the status of about $400,000 in drug money that JOHNSON owed to MADARATI. MADARATI said, "I'm still waiting . . . what's wrong with you?" JOHNSON replied, "I'm just try– I've been waitin' for this kid all day long an' I – he, he's, he's bringing me like 60 to 70 ($60,000 to $70,000) an' that was like a good chunk, you know what I mean?" Later on in the call, MADARATI explained that he had to be on time with the money in order to pay his suppliers. MADARATI said, ". . . you deal with kids, I deal with monsters [] I have to be on time, If I'm not one time . . . I'm screwed." MADARATI then said that JOHNSON needed to pay for half of the drugs up front and said, "I'll spot you with half, you spot yourself with half." Toward the end of the call, JOHNSON said that he was not going to take "those *M's*" (a type of marijuana) until he had some money to pay MADARATI. At

15

11:06 p.m., MADARATI received an incoming call from ROBERT JOHNSON who was calling from (339) 227-0701. During the call, JOHNSON said, "I got some kid droppin' me 17 ($17,000) off, I'll have 520 ($520,000)." MADARATI answered, "No problem. I called the guy and I cancel on him tomorrow. So don't stress, that's why I called you." Moments later, MADARATI said, "Be finished not matter what time you finished tomorrow, Sunday, Monday, any time . . ahhh he said he's going give me 24 hours notice. So anytime you're ready my friend, no problem."

33.    On October 23, 2010, at 1:10 p.m., TFO LeVangie observed MADARATI turn onto Carlton Terrace in Watertown operating his black Mercedes AMG (MA Reg 239FJ5), the residence of Victor Loukas and one of MADARATI's stash houses at that time. At approximately 1:12 p.m., TFO LeVangie saw Loukas turn onto Carlton Terrace operating a Nissan Maxima (MA Reg 33CS80). TFO Pasciucco observed, via a pole camera, both MADARATI and Loukas walk to the rear of 14 Carlton Terrace. About 30 minutes later, at 1:40 p.m., SA Mackin observed MADARATI'S Mercedes backed into the driveway at **26 Sherman Street, Cambridge, Massachusetts,** the residence of ROBERT M. JOHNSON, a.k.a. "Bobby." At 1:50 p.m., SA Mackin observed MADARATI's Mercedes AMG exit the driveway of 26 Sherman Street. Immediately thereafter, TFO LeVangie observed a black Nissan Maxima (MA Reg 7AL580) registered to ROBERT M. JOHNSON.

34.    On October 27, 2010, at 3:44 p.m., MADARATI made an outgoing call over Target Telephone #3 to male believed to be ROBERT JOHNSON, a.k.a. "Bobby" at phone number (339) 227-0701. During the call, agents believe that MADARATI informed

JOHNSON that he was expecting a new shipment of marijuana ("work") that week. MADARATI said, "[There's a] big chance we might go to work sometime this week . . . End of the week, or beginning of next week. So... let me have an idea about your...how many hours you want to work, so I can call the other workers." JOHNSON replied, "Probably, like, seventy (70 pounds of marijuana) off the back." JOHNSON explained that, ". . .always take two together. Like a good chunk... towards, I could get, I'll take seventy (70 pounds) off, right away." MADARATI said, "Alright. I just wanted to know, so I can get everything... together . . . Alright, I'm gonna... I did ask him and he said end of this week or beginning of next week for sure, so I just want to put things together."

C.    **October 27, 2010, Seizure of $1,766,900 in Drug Proceeds in Bedford, MA**

35.    On October 27, 2010, based on pen register data from one of MADARATI's other cell phones, Target Telephone #1, MADARATI incoming received an incoming call at 11:48 a.m. from Canadian phone number 514-812-9918. This same phone number was listed in the memory of Target Telephone #1 in the Contact List on June 7, 2010, as Contact #149 as "Kuzz Canada." Target Telephone #1 received a second call from the "Kuzz Canada" phone at 12:15 p.m.

36.    At approximately 12:15 pm, SA John Pasciucco and TFO Dean LeVangie observed MADARATI's red van (MA L21613) parked at 279 Cambridge Street, Burlington, Massachusetts, in close proximity to *LLG Jewelry & Gifts*, the business of ▮▮▮▮▮ ▮▮▮▮▮. On October 27, 2010, at 12:26 p.m, MADARATI made an outgoing call over Target Telephone #3 to male believed to be ▮▮▮▮ at phone number (617) 924-9627. During the brief call, MADARATI asked ▮▮▮▮ for the address across the street from

17

█████ location, where a Dunkin Donuts is located. █████ said it must be "442" (which is believed to be 442 Main Street, Watertown). At approximately 12:35 pm, SA Costello observed MADARATI exit *LLG Jewelry & Gifts*, the business where █████████ works, enter his van and depart the area. MADARATI was then followed back to his residence at **185 Warren Street, Watertown, Massachusetts**.

37.    At approximately 1:20 pm, TFO LeVangie observed MADARATI park his red van bearing MA registration L21613 at the Dunkin Donuts located at 448 Main Street, Watertown, MA. TFO LeVangie then observed a black Pontiac bearing MA registration 736EX3, a rental vehicle, pull alongside MADARATI and a unknown white male wearing a blue shirt and dark pants, with facial hair (later identified as █████████ exit the Pontiac and exchanged pleasantries with MADARATI. The vehicle was rented by ANTRANIC IDANJIAN, who as further described below is one of MADARATI's drug trafficking associates. Both males briefly conversed and moments later, entered the Dunkin Donuts together. Several moments later, both MADARATI and █████ exited the Dunkin Donuts, and entered their vehicles. Agents and officers observed both vehicles leave in tandem. TFO LeVangie observed both vehicles drive directly to MADARATI's residence, **185 Warren Street, Watertown, Massachusetts** where the black Pontiac was observed backing into the driveway.

38.    From the pole camera installed outside MADARATI's residence, I observed MADARATI back his red van into the driveway and park in front of the garage. I then observed █████ back the black Pontiac sedan into the driveway and park alongside MADARATI'S red van. █████ exited the vehicle and engaged in conversation with

18

MADARATI on the deck. Several minutes later, MADARATI entered his residence through the back door entry and came back out on the porch carrying what appeared to be a suitcase with a retractable handle. I observed MADARATI extend the handle before he carried the suitcase down the stairs of the deck with ▉▉▉▉ following behind. At this time, both subjects were out of view of the camera. Approximately one minute later, both MADARATI and ▉▉▉▉ returned to the deck and engaged in conversation. MADARATI re-entered his residence and came out with a cellular phone and appeared to be taking the battery out of the phone before placing what appeared to be a SIM card in the phone, re-inserted the battery, handed the phone to ▉▉▉▉ and appeared to give ▉▉▉▉ some kind of directions with regards to the phone. ▉▉▉▉ then got into the black Pontiac and MADARATI approached the driver's side window of the vehicle and appeared to give directions to ▉▉▉▉ At approximately 1:47 p.m., SA Lavoie and TFO LeVangie observed the black Pontiac exit MADARATI'S driveway.

39.    At approximately 2:12 p.m., surveillance observed the black Pontiac pull into the parking lot of the Boston Marriott Newton Hotel, located at 2345 Commonwealth Avenue, Newton. TFO LeVangie observed ▉▉▉▉ walk from the area of his parked vehicle towards the front entrance of the hotel. ▉▉▉▉ was observed by TFO LeVangie pulling a hard cased blue large suitcase behind him as he entered the hotel.

40.    At approximately 2:25 pm, TFO LeVangie observed ▉▉▉▉ exit the Marriott hotel empty handed, enter the Pontiac, and leave the area. At approximately 2:35 pm, TFO P. Pasciucco and TFO LeVangie observed ▉▉▉▉ backing into a parking spot at 1191 Washington Street, Newton, MA, the address for *After Hours Towing,* the business of

VARTAN SOUKIASIAN. TFO Pasciucco then observed a black Mercedes park beside ███████ vehicle. TFO Pasciucco then observed VARTAN SOUKIASIAN exit the black Mercedes, engage in conversation with ███████ at his driver's side window, after which both parties entered into 1191 Washington Street, empty handed.

41. At approximately 2:43 pm, TFO Pasciucco observed both males exit the building, with ███████ pulling a heavy object behind him. ███████ then opened the trunk of the Pontiac, bent over to lift the object he was pulling, and placed the object into the trunk of the vehicle. Both ███████ and SOUKIASIAN then entered their vehicles and exited the area in opposite directions. At approximately 2:58 pm, ███████ was observed again parking his Pontiac in the Boston Marriott Newton parking lot, at which time Tpr. Collins observed ███████ enter the Marriott hotel while pulling behind him a dark colored suitcase.

42. From 2:58 pm until approximately 5:49 pm, SA Pasciucco and DEA SA Mark Tully established visual surveillance in the vicinity of room 221 of the Marriott Hotel and the front lobby of the hotel. During this time, ███████ was observed at the lobby bar for a brief period of time and soon thereafter returned to room 221. At approximately 5:49 pm, SA's Tully and Pasciucco observed ███████ and an unknown male, later identified as ███████ exit the lobby of the hotel, rolling two large suitcases, which agents believed to be suitcases that both MADARATI and SOUKIASIAN delivered to ███████ containing a large amount of drug proceeds. Moments later, Trp. Collins observed the two males put two suitcase in the black Pontiac and depart the area.

43. Agent Krol and TFO P. Pasciucco followed both males north on Route 128 to the vicinity

of the Laurence Hanscom Airport, Bedford, Massachusetts. MSP Sergeant Bulman observed the Pontiac pull into the Jetport Aviation lot and eventually drove to the rear of the Jetport Aviation building. Agent Krol and TFO P. Pasciucco observed the Pontiac drive to the end of the parking lot, near the gated entry to the Jetway. Agent Krol observed the passenger, ████████████, exit the vehicle and walk up to the security booth. After a brief encounter, ████████████ walked back to the Pontiac and the car then began pulling forward to the security gate.

44.    After making these observations, MSP K9 Sgt. Charlie Kane activated his emergency lights, approached the vehicle and identified the two occupants of the vehicle as ████████████████████████████ According to DHS Treasury Enforcement Communications System ("TECS") records, both had entered the United States from Canada the Vermont Highgate POE the same day, just after midnight on October 27, 2010. Both ████████████████████████ consented to search of vehicle. During the search, Trooper Kane and other members of the MSP found two suitcases which contained a large amount of U.S. currency. An official count of the money seized the next day determined that the total amount was $1,766,900.00. The currency had a strong odor of marijuana and a trained and certified MSP drug detection dog positively alerted to the presence of drugs on the currency.

45.    After this seizure, and a related seizure of more than $1 million in Massachusetts in early October 2010, during a call intercepted on November 3, 2010, at 4:27 p.m., MADARATI informed ████████ that the "boss . . .lost like 3 mil." Thereafter, during a call intercepted on November 23, 2010, at 2:12 p.m., MADARATI explained to JOHNSON

21

that the shipments of marijuana were going to be delayed for "security purposes."

**D.    MADARATI Obtains Percocets from Los Angeles, California and Distribution of Cocaine**

46.    Beginning in approximately late November 2010, agents began intercepting phone calls in which MADARATI arranged to obtain Percocets ("Perc 30's" which he referred to as "buttons" and "blueberries" from a male in California referred to as "Manos."

47.    During an intercepted call with SOUKIASIAN over Target Telephone #4 on November 30, 2010, SOUKIASIAN asked MADARATI if he had good news.  MADARATI answered, "Oh..I mean, of course we gotta work, you know? I'm trying to put things together . . ." and said, "Trying to open an office (a new supply route) down there in L.A."  MADARATI said that he had to go down there and stay down there and that it was important for him to talk to SOUKIASIAN today or tomorrow.

48.    On December 17, 2010, at 2:29 p.m., MADARATI received an incoming call over Target Telephone #4 from SANUSIE KABBA who was calling from phone number (267) 261-8743.  During the call, KABBA told MADARATI that he had a "zipper number seven" (referring to cocaine) and asked MADARATI if knew anyone who wanted it. MADARATI said if it was the same size as last time it was "garbage" and that "I give it away for 700."  The next day, on December 18, 2010, at 4:27 p.m., MADARATI received an incoming call over Target Telephone #4 from KABBA who was calling from phone number (267) 261-8743.  During the brief call, MADARATI asked KABBA, "Hey, did your guy call you yet?" KABBA said no.  MADARATI replied, "Alright. You mind? I gotta guy dying for it."  MADARATI then asked KABBA about the either the

22

price or quantity of drugs and KABBA said, "Let me make sure, I think it's like 475 or so."

49.   On December 29, 2010, at 8:00 p.m., MADARATI made an outgoing call over Target Telephone #4 to KARAPET DZHANIKYAN, a.k.a. "Garo" at phone number (207) 391-2466. At the beginning of the call, MADARATI asked, "Hey buddy did you talk to him?" DZHANIKYAN responded, "Yeah I did he said a couple more days . . . My buddy's, order didn't come in." MADARATI then asked, "Did you ah, figure out, what I owe you what you owe me, this and that?" MADARATI said, "Yeah just add, just add five hundred (500) [U/I] ah, thousand (1,000) before you left, and I give five hundred (500) up front for the juice flavor, so that's two thousand (2,000) [PAUSE] right?" At 11:47 p.m., MADARATI received an incoming text message from phone number (207) 391-2466 that read, *"Hay bro do u have any blues left I need 10 or 15 ill give u $20 each let me know ill drop off the in ur van let me know soon bro thank u"*

50.   On December 30, 2010, at 2:34 p.m., MADARATI received an incoming text/SMS message from phone number (339) 222-7044 that read, *"No berries?"* (Percocet pills). About two weeks later, on January 15, 2011, at 4:08 p.m. and 4:09 p.m., MADARATI sent two text/SMS massages over Target Telephone #4 to phone number (339) 222-7044 that read *"Do you have 7"* and then *"1200 1400"* in which agents believe that MADARATI asked, Do you have cocaine, and is the price for an ounce $1,200 or $1,400." At 4:15 p.m., MADARATI received a response that read, *"wat are you talkin about."* At 4:17 p.m., MADARATI responded, *"The thing i get from you last time."* Then at 4:18 p.m., MADARATI received an incoming call over Target Telephone #4

from an unidentified male ("UM7044") using phone number (339) 222-7044 who said, " .
. . I'm a little confused of what we are talking about here." MADARATI responded,
"The onion." UM7044 replied, "Oh! I know what are you talking about." MADARATI
said, "It's called 7." UM7044 then asked, "So you want which one do you want? The
'12' or the '14?'" MADARATI said, "So . . . I'll just take one of each, if the '12' is good I'll
take two of '12'" UM7044 then asked MADARATI if the "the berries" (Percocets) were
coming next week and MADARATI told UM7044 that he would have them by Thursday.

51.    On January 14, 2011, at 1:15 p.m., MADARATI received an incoming call over Target
Telephone #4 from a male referred to as ████████ who was calling from California phone
number (818) 427-6586. During the call, MADARATI informed "Manos" that he would
be traveling to California next Monday or Tuesday (in order for MADARATI to obtain a
supply of Percocets from ████████ in California).

52.    On January 15, 2011, at 12:56 p.m., MADARATI made an outgoing call over Target
Telephone #4 to "Manos" at phone number (818) 427-6586. During the call,
MADARATI told '████████' that he was coming on Tuesday and bringing his worker
(Victor Loukas) who would be making the future trips to California to pickup the pills. In
particular, MADARATI said, "All right, so Tuesday you gonna uh...I'm gonna be coming
me and my worker, so I wanted to s...any more work, he's gonna be the person. He's
gonna come back and forth, back and forth . . " The same day, at 1:15 p.m., MADARATI
received an incoming text/SMS message from phone number (207) 391-2466, which is
believed to used KARAPET DZHANIKYAN, a.k.a. "Garo" which read *"Hay I 4 got 2
ask u about mano* [in California, ████████] *do u still want me 2 go c him again or no if u*

24

*want ill go come back and give u everythin and u can give me just a few let me know bro thax."* The same day, MADARATI had several conversations with ▧▧▧ in California and Loukas about the trip to California and MADARATI talked to ▧▧▧ about dropping the price from "10" to "5" because that is the price he could get in Florida.

53.    On January 17, 2011, at 4:20 p.m., MADARATI received an incoming text/SMS message from phone number (207) 391-2466, which is believed to be used by KARAPET DZHANIKYAN, a.k.a. "Garo" which read, *"Hay so ur alset with ▧▧▧ in California right let me know cuz I have 2 let him know or I'm gonna ask this other kid if he cuz he asked me 4 it so just let me know wats up bro cuz I don't wanna keep askin u thax."* The same day, during an intercepted call at 7:18 p.m., MADARATI told "▧▧▧ that they (MADARATI and Loukas) would be arriving the next day on Alaska Airlines. The next day, on January 18, 2011, during an intercepted call at 2:33 p.m. over Target Telephone #4, MADARATI informed "▧▧▧" that they had just landed in Los Angeles. Thereafter, during an intercepted call over Target Telephone #4 on January 19, 2011, at 3:58 p.m. MADARATI asked "▧▧▧ to "go grab those M&M's"(referring to the Percocets).

54.    On February 11, 2011, at 11:44 a.m., MADARATI received an incoming call over Target Telephone #6 from ▧▧▧ who was calling from phone number (818) 319-1533. During the call, MADARATI told "▧▧▧ to not tell ▧▧▧ what price he was paying ▧▧▧"(for the Percocets) because it was ▧▧▧s job to go back and forth and not ask prices. MADARATI explained that ▧▧▧ is a worker and he is not supposed to know that kind of stuff.

55.  On March 2, 2011, at 5:19 p.m., MADARATI received an incoming call over Target Telephone #9 from VARTAN SOUKIASIAN who was calling from (857) 829-0797. During the call, SOUKIASIAN asked, "Okay, so I-oh I gotta see you 'cause I gotta ask you something, 'cause he asked me something." MADARATI asked, "About?" SOUKIASIAN said, "Huh? Um...thing, uh...what are they called uh...those Reeces Pieces, uh M&M's? (Percocets)." MADARATI said he had some, but said, "But don't give him, let 'im-let 'im roll what we have with this one (supply of Percocets)." SOUKIASIAN replied, "Okay, well I will-well le'me talk to you then."

56.  On March 3, 2011, at 5:58 p.m., MADARATI received an incoming call over Target Telephone #9 from ' ▇▇▇▇ who was calling from phone number (818) 319-1533. During the call, MADARATI said that he was going to travel to California alone to see ▇▇▇▇" and asked ▇▇▇▇ about cocaine. In particular, MADARATI asked, "Did you talk about the seven (cocaine)?" ▇▇▇▇ replied, "No, man. I haven't." MADARATI answered, "You *have* to. Otherwise no reason for me to come down, waste my time. Do you understand?" ▇▇▇▇ said, "I thought you-ah-yes. I thought you were comin' for business. The business. Of [U/I] up the business." MADARATI replied, "You-I understand, but I want to hit two birds (Percocets and Cocaine) with one ticket, I don't wanna pay fifteen hundred just to come an' do one thing you know." At the end of the call, ▇▇▇▇ said, "Yes, I will- A'rite let me- I have [U/I] I-I have one person I can talk to an' let me see what's up."

**E.    Intercepted Calls Regarding Collection of Debt in Florida**

57.  On December 20, 2010, at 10:49 a.m., SOUKIASIAN made an outgoing call over Target

Telephone #5 to a male believed to be HAGOP SARKISSIAN, a.k.a. "Jack." During the call, Vartan SARKISSIAN talked to Jack SOUKIASIAN about getting a hold of Jeff (SPINKS) and how "▓▓▓▓▓▓▓▓" were in Florida collecting a Porsche from ▓▓▓▓▓▓▓▓▓. SARKISSIAN instructed SOUKIASIAN to get a hold of Jeff (SPINKS) and said, "And tell him. Tell him that ▓▓▓▓ talk to him on the phone. Say if you call the fuckin' police 'cause I'm comin' home, that I'm comin' to fuckin' get you. ▓▓▓ told him that .... Okay, get a hold a Jeff please, get a hold a him right now. Say 'Jeff, just send the title to Jack if you get the fuckin' Porsche.'"

58. On December 23, 2010, at 3:23 p.m., SOUKIASIAN received an incoming call over Target Telephone #5 from "Jeff" (believed to be JEFFREY SPINKS, President of ATW Electronics in Charlestown, Massachusetts) who was calling from phone number (617) 304-3579, subscribed to *ATW ELECTRONICS*. During the call, SPINKS talked to SOUKIASIAN about talking possession of a watch and a Porsche from ▓▓▓▓▓▓ ▓▓▓▓▓▓▓. At the beginning of the call, SPINKS asked SOUKIASIAN if he was "V" (Vartan) and the caller identified himself as "Jeff." In the call, SPINKS and SOUKIASIAN talked about how SPINKS and two other men attempted to collect a Porsche from a male in Florida identified as Kevork Apkarian. In particular, SOUKIASIAN said, "It's gonna come to you. It's gonna come to you. I'm bringing it to you." SPINKS asked, "Oh, the Porsche?" SOUKIASIAN answered, "Mm Hmm" and later explained, "No, no, no, no. If-no, no, no after it's gonna be my driver so that way-I'm gonna pick the Porsche, that's if you want me to. And I'm gonna bring it to you. To you directly." SPINKS replied, "Okay fine. You alone, I don't wanna meet anybody. It's

just you, right?" Later in the same call, SPINKS talked about how he thought about

talking with police because of SARKISSIAN's extortion activities. In particular,

SPINKS said, " You know about the whole you know, he said you know he said you

know, extortion is Feds you know what I mean? If these guys...the only way I'm gonna

meet them, will be with a fuckin' wire on, 'cause they wanna take fuckin' seventy

($70,000) grand outta me. To me- give- Jack (SARKISSIAN) said 'Gimme the title and

no one gets hurt. That's why he got him a few days ago, before this you know but he wo-

is he fuckin' nuts?" Later in the same call, the conversation then changed to

SOUKIASIAN talking to "Jack" (SARKISSIAN) about SPINKS, and SPINKS

complained to SOUKIASIAN about Jack's extortion activities. SOUKIASIAN

explained, "Okay, Jack has been askin' me sayin' 'Did you get a hold a Jack um Jeff? Did

you get a hold a Jeff?' I said listen, I go, I can't get a hold a Jeff, I go, I don't talk to Jeff."

SPINKS replied, " I talk to Jack the other day, I said Jack there's nothin' for us to say.

You stole a lotta money from me, there's no- I- there's nothin' I can do. I'm not even

workin' with him. You know what I mean? We're not even doin' any-we-get-you it's a

joke eh, what you fuckin' talkin' you know what I mean? . . . He's just tryin' to extort an'

steal you know, what I mean? I'm through with the fuckin' guy completely."

59.    Later in the investigation, on January 25, 2011, at approximately 7:40 p.m., Trooper

Connors received a call from JEFFREY SPINKS, who was calling from cellular

telephone number (617) 304-3579, the same phone number intercepted over the wiretap.

During the conversation, SPINKS claimed that he had contacted a Detective in the

Newton Police Department in December 2010, regarding a situation with HAGOP

SARKISSIAN. SPINKS told Trooper Connors that he had been dealing with "an Armenian guy" he identified as "Jack SARKISSIAN," the owner of Newton Center Automotive in Newton, MA. SPINKS stated that he had leased a car to a salesman there and that there was a dispute regarding this car but that he "got the car back" and that matter was settled. SPINKS also stated that SARKISSIAN wrote "bad checks" to him for a loss of $45,000 and he was dealing with that situation with his attorney. SPINKS, however, made no mention of a trip to Florida or any extortion of ▆▆▆▆▆▆▆▆.

60.    Later in the investigation, on March 2, 2011, at 1:02 p.m., agents intercepted a call between MADARATI and SARKISSIAN in which MADARATI called SARKISSIAN at phone number (617) 291-6136, subscribed to Newton Automotive. During the call, agents believe that MADARATI had SARKISSIAN threatened an unidentified individual in order to collect a drug debt owed to MADARATI. At the beginning of the call, MADARATI asked, "Did you call this piece of shit yet?" SARKISSIAN said, "I'm actually going there right now." MADARATI replied, "Alright you go, you put it this way, you say 'till end of this week, if I don't have my money ... This exact, exactly what I'm gonna say, you say 'if end of the week I don't have my money, I won't let fuckin nobody leave in fuckin life in your fuckin family.' And you walk away ... Alright?" SARKISSIAN said, "Okay. Yeah that's all Sammy I'm not gonna, I'm not gonna be nice about it." MADARATI said, "Yeah, say-say, tell him 'You fuckin playing with me this game, you and your fuckin dog's, I'm gonna show you and show your dogs wheres... what my fuckin dogs are gonna do.'" Later in the same call, MADARATI said, "You know, so you took my fuckin money I'll take his fuckin life, that's all, you know what I'm talking

about?"

61.    About two weeks later, on March 18, 2011, at 9:41 p.m., MADARATI made an outgoing

call to HAGOP SARKISSIAN, a.k.a. "Jack," at a different phone number, (617) 686-

1372.  At the start of the call, MADARATI asked SARKISSIAN if he had received any

calls today, and told SARKISSIAN, "[U/I] don't answer nothing, umm, the guy... I

mean... it's out of my hand, he's ...gonna leave him alone, he is mad, he is gonna give the

guy seven days only" (to repay the money).  SARKISSIAN said, "Alright." MADARATI

said, "I need a phone number I have to call . . . so..in seven days umm...I

mean...[LAUGHS] the guy goes, make sure this truck it's mine, I'll ...I'm fucking, I'm not

gonna let it go, I'm doing my best till I got you your money guys, alright?"  During the

phone call, the parties to the conversation also indicated that SARKISSIAN was currently

in Washington, D.C.

62.    ████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

**F.    Intercepted Calls Between MADARATI and ANTRANIC IDANJIAN Regarding
the Organization and the Source of Supply in Canada**

63.    Following the seizure of more than $1.7 million in drug money in Bedford,

Massachusetts, and a related seizure of more than $1 million in drug proceeds on October

5, 2010, in Newton, Massachusetts, MADARATI told his criminal associates that the organization in Canada needed to slow the shipments of marijuana for "security reasons." In other calls, MADARATI recounted the seizure of $1.7 million on October 27, 2010, and told one of his criminal associates, ████████, that "the boss" had lost "3 mil" ($3 million). These intercepted calls also revealed that these seizures of drug money in Massachusetts caused a disagreement between MADARATI and the organization in Canada and the individual who agents believe is one of MADARATI's sources of supply for marijuana, ANTRANIC IDANJIAN's cousin who is referred to herein as "████████ ████████ Between January 2011 and March 2011, MADARATI and his associate ANTRANIC IDANJIAN, a.k.a. "Anto" attempted to resolve this dispute by paying the organization in Canada approximately $65,000 that MADARATI to delivered to IDANJIAN. MADARATI was ultimately able to resolve the dispute with "████████ ████████ and the organization in Canada, but also told his associates that he had acquired a new "more reliable" source of supply for marijuana in Canada as well.

64.    For example, on December 18, 2010, at 5:51 p.m., MADARATI made an outgoing call over Target Telephone #4 to ANTRANIC IDANJIAN, at phone number (978) 265-3313. During the call, agents believe that MADARATI talked to IDANJIAN about his "cousin" who is believed to be a source of supply of marijuana in Canada to both MADARATI and "Jack" (HAGOP SARKISSIAN). Toward the beginning of the call, MADARATI told IDANJIAN, "I can't count on your cousin alone, he doesn't pay (feed us) . . . we can't rely on him." IDANJIAN answered, "Yeah, there is something with the work, a lot of new things. But until now I'm waiting for a call from him." Toward the end of the call, the

31

conversation then turned again to IDANJIAN's cousin and future supplies of marijuana:

|  |  |
|---|---|
| IDANJIAN: | My cousin haven't him send you any merchandise at all? |
| MADARATI: | No, no, no, no, we're stopped, it has been for 3 moths that we're on hold . . . we're on hold, all the way, we're stopped. There is no money at all, his ass is fucked and my ass is fucked. |
| IDANJIAN: | Now what happened, did they ceased the money in the plane or with my cousins? |
| MADARATI: | No, no...based on what he said, they cease it before they get into the plane . . . I mean...I didn't understand from him, I don't even know if he was lying or saying the truth; he said they pulled him over, you know what, and told him 'open the trunk' later, the second story that I've heard from him, he said, before he get into the plane, the state police asked him to open the suitcase. |

IDANJIAN then asked how much money was involved in the seizure: "But as ▒▒▒▒▒ said they had it posted on the internet, not ▒▒▒▒▒, Jack: 1.7 million not 3 million, how much money was it?"  MADARATI replied, "Honestly, your cousin said 3.2 (million); he came to me and gave him 7 (MADARATI gave him $700,000) and about 3......2 point 2.....point 4 from somebody."  IDANJIAN said that he would find out everything for MADARATI and the call ended.

65.    On January 22, 2011, at 3:35 p.m., MADARATI received an incoming call over Target Telephone #4 from ANTRANIC IDANJIAN who was calling from phone number 978-265-3313.  The call took place in Arabic and was translated into English.  During the call, MADARATI said that IDANJIAN's cousins cut him off and that he is greedy. IDANJIAN said that he has been in the (drug) business for 15 years and has never seen it

32

this slow.

66. On February 7, 2011, at 3:39 p.m., MADARATI made an outgoing call to VARTAN
SOUKIASIAN at phone number (857) 829-0797. During the conversation,
SOUKIASIAN told MADARATI that he had spoken to "Jeff" (believed to be JEFF
SPINKS) who told SOUKIASIAN that MADARATI should turn on his "machine" and
talk to this guy (MADARATI's supplier, ANTRANIC IDANJIAN's cousin, referred to
herein as "███████████") and say if he's not going to get any more "work" (marijuana)
they should clean it up and end it. SOUKIASIAN then asked MADARATI if he had
received his "machine" (believed to be an encrypted Blackberry). MADARATI said no,
and said that he was going to use SOUKIASIAN's. MADARATI said, "You know. I'll
end it for you tonight. . . . I'm gonna, I'm gonna tell him I took the hundred thousand
($100,000 in drug money owed to ███████████), come and take it from me."

67. On February 8, 2011, at 12:19 p.m., MADARATI received an incoming call over Target
Telephone #6 from VARTAN SOUKIASIAN who was calling from phone number (857)
829-0797. During the call, MADARATI talked to SOUKIASIAN about a conversation
he had with IDANJIAN's cousin (██████████') and the money that he owed '█████
████████, $100,000. MADARATI explained that he was not going to pay "██████
██████ the money and was going to force ████████████ or his partner to come down
to MADARATI to collect the money. MADARATI said that ███████████' had no one
to back him up and that even Jeff (SPINKS) could not pay '███████████ MADARATI
then said, "You know, that's it I'm gonna watch this mutha fucka. Everything happens for
a reason, I found better connection, more honest, more reliable, everything."

33

68.    On February 8, 2011, at 8:30 p.m., MADARATI made an outgoing call over Target
       Telephone #6 to ANTRANIC IDANJIAN at Target Telephone #7. IDANJIAN asked,
       "Uh...did you talk to him with the unit?...with the machine?" MADARATI replied, "Of
       course . . .Yeah, I told you he's a liar. IDANJIAN said, "Ok, I knew that, and I told you
       that. I don't..." MADARATI said, "All right, so he has to pay for his life. It's ok, I'll deal
       with it. You have nothing to do with it." IDANJIAN told MADARATI that he did not
       want any problems and that MADARATI was making this problem bigger than it is.
       MADARATI replied that this was his (MADARATI's) problem and that he has known
       him (███████████) for four years, "And after four years he wants to fuck me?! No!
       This is...I'll deal with this problem."

69.    On February 12, 2011, at 1:42 p.m., IDANJIAN received an incoming call over Target
       Telephone #7 from SAFWAN MADARATI who was calling from phone number (617)
       319- 5012, subscribed to Sam White. During the call, MADARATI told IDANJIAN, "I'll
       go collect this money from the guy, but tell him, tell your cousin (███████████ ) it's
       going to be twenty five percent (of the total owed, $100,000). IDANJIAN replied, "Don't
       fuck me! [Laughs]" MADARATI replied, "I'm not fucking you. I swear to God. If he
       wanted I'll do it, if he doesn't want it, he can send his own guys. I don't care." Toward the
       end of the call, MADARATI said, "Whatever the fuck I can do to him? This is costing me
       money too, you know. I have to bail myself out some how."

70.    On February 12, 2011, at 5:11 p.m., IDANJIAN received an incoming call over Target
       Telephone #7 from SAFWAN MADARATI who was calling from phone number (207)
       385-7803, subscribed to Devin Johnson. Portions of the call took place in Arabic and

were translated into English. During the first part of the call, IDANJIAN asked, "That's why, is there anything?" MADARATI replied, "No. I got you the stuff (money)." IDANJIAN replied, "Umm, fine, I will see, if not today tomorrow. I will try to get the...the one, the hundred ($100,000)?" MADARATI said, "No, there is no hundred, it's sixty-five ($65,000). IDANJIAN asked, "Where is the rest." MADARATI said, "There is none. Only sixty-five ($65,000) that he has. He spend them." MADARATI then said, "I also brought you the...what's it called...I brought you the...the machine." At around 7:12 p.m., I observed a silver Ford F-150 registered to IDANJIAN via the pole camera at 185 Warren Street.

71.    On February 13, 2011, at 4:48 p.m., IDANJIAN made an outgoing call over Target Telephone #7 to SAFWAN MADARATI at phone number (207) 385-7803, subscribed to Devin Johnson.  During the call, MADARATI told IDANJIAN, "I talked to him (IDANJIAN's cousin, the source of supply). I told him that you need money . . I told him anyway if you don't want to help him, I will help him." MADARATI later explained that, "I told him he needs like one hundred thousand dollar for the business."

72.    Thereafter, in early March 2011, agents intercepted a series of calls which revealed that MADARATI traveled to Canada in early March 2011, met with the source of supply in Canada, and came to arrangement whereby MADARATI would continue to receive shipments of marijuana from the organization. On March 6, 2011, agents intercepted a call between IDANJIAN and an individual in Canada who agents believe to the source of supply, IDANJIAN's cousin (████████████). During the call, '████████████' told IDANJIAN, "I talked to him (MADARATI) . . . we'll talk when you come (to Canada)."

IDANJIAN asked, "Is it ok?" '██████████' said, "It's ok. It will be okay" and explained, "It's up to him. I do my part right, now everything to be okay depends on him." Moments later, ██████████ further explained, "Look, I 'm gonna tell you something . . . You shouldn't ... you shouldn't tell him, no matter what . . .He made a mistake that's why he was ... uh...like,...uh... he made himself look like upset with me to cover up his mistake and he was afraid that I would uncover his mistake. Now I settled everything and I said to him, 'Yes, you have the right.' That's it, so continue everything as before and we'll forget the past. Did you understand?" IDANJIAN said, "I understood." "████ ██████ continued, "So we turn over the page and everything continues (referring to shipments of marijuana to MADARATI)." '██████████' said he settled everything.

## G.    Distribution of Marijuana and Collection of Drug Proceeds With SAFWAN MADARATI's Criminal Associates

### 1.    *VARTAN SOUKIASIAN*

73.    On January 10, 2011, VARTAN SOUKIASIAN made an outgoing call over Target Telephone #5 to a male believed to be ██████████ at phone number (617) 407-9870, subscribed to ██████████. During the call, ██████████ told SOUKIASIAN, "Nothing much bro, Umm I'm gonna need two tomorrow." SOUKIASIAN asked, "Huh?" and ██████████ repeated, "I'm gonna need two tomorrow." The next day, on January 11, 2011, during a call at 3:25 p.m, ██████████ again asked SOUKIASIAN if he could get "two." At around 6:00 p.m., Detective Orlando Tiarella observed a male later identified as ██████████ arrive at a residence at 328 Mount Auburn Street in a white Toyota Camry bearing MA registration 988EY6. A short time later, Det. Tiarella saw VARTAN

SOUKIASIAN exit the front of residence carrying cardboard box. SOUKIASIAN walked directly to the trunk of the white Camry, and placed the box into the trunk. Detective Tiarella observed SOUKIASIAN engage in conversation with ▓▓▓▓ ▓▓▓▓ who was still seated in the driver's seat of the white Camry. At around 6:20 p.m., Detective Tiarella observed ▓▓▓ ▓▓▓▓ leave the residence in the white Camry and depart the area. Moments later, MSP Trooper K-9 Robert Bohn observed the white Toyota Camry travel at a high rate of speed and conducted a traffic stop. A subsequent search of the vehicle resulted in the seizure of two pounds of marijuana sealed in plastic bags further contained in a cardboard box. ▓▓▓ ▓▓ ▓▓ was cited for traffic infractions and was issued a criminal summons. Shortly after the seizure, ▓▓▓▓▓ had several conversations in which he arranged to meet SOUKIASIAN in person and said that he did not want to talk on the phone.

2. *ABRAHAM BELLINI*

74. On January 21, 2011, at 2:53 p.m., MADARATI made an outgoing call to a then unidentified male who is now believed to BELLINI, at a previous phone number used by BELLINI, (617) 584-2105, subscribed to Gordon Orloff. During the call, agents believe that MADARATI asked BELLINI how many pounds of marijuana he could move for MADARATI if he lowered the price. MADARATI said, "If you drop the price on people, how much you can push?" BELLINI replied, "a bunch" and MADARATI asked how much was a "bunch." BELLINI answered, "Don't know, twenties (20 pounds of marijuana)." MADARATI said, "Twenties, alright I'm gone drop the price alright?" and told BELLINI, "Alright, just throw the word out there" (that MADARATI would soon

have marijuana for sale).

75.     On February 10, 2011, at 4:47 p.m., MADARATI received a series of incoming text

messages from phone number (617) 584-2105. In one of the last messages, MADARATI

received the following messages, *"need m!100."* Shortly after receiving this text

message, at 4:49 p.m., MADARATI placed an outgoing call to the male believed to be

BELLINI at phone number (617) 584-2105. At the start of the call, MADARATI, said,

"The 'M'." BELLINI asked, "What about it?" MADARATI asked, "How many you

need?" BELLINI answered, "The guy, want's it, I wanna be safe. So I wanna do forty,

forty, twenty, he want's to do the hundred (100 pounds of marijuana) but...MADARATI

asked, "Alright, you know him?" BELLINI said, "yeah yeah I know him, he's cool. I just,

you know, for the law, I want to be under, around forty (to avoid the MA state mandatory

minimum regarding 50 pounds). MADARATI then asked about the price and BELLINI

replied, "Um, he want's it for twenty two ($2,200 per pound). BELLINI said he would

pay cash. Toward the end of the call, MADARATI said, "I'll give you this forty (40

pounds of marijuana) some time next week, I'll give you a hundred (100 pounds of

marijuana)... just make sure you get my shit (money) today." Then during a call at 9:46

p.m., BELLINI, again using phone number (617) 584-2105, told MADARATI, "Ah, so I

only got ten ($10,000) tonight and the rest is coming tomorrow, like ah twenty five

($25,000) more tomorrow." MADARATI soon thereafter replied, "Work hard 'cause I'm

working on your 'M'(a certain brand of marijuana) . . . I want you to make money, save

your fuckin money so you pay me up front." During a call on February 12, 2011, at 11:16

a.m. MADARATI told BELLINI, who was using phone number (617) 584-2105, that, ". .

. I ordered the "M's" for you, they coming to...next week. MADARATI then asked, "How much I told you?" BELLINI answered, "Ah twenty-one ($2,100)." MADARATI said, "Alright, no problem. Alright I got out [U/I] frozenland for like seventeen hundred ($1,700 per pound) something like that."

76.   On February 22, 2011, ICE SA Michael Krol and I conducted surveillance of MADARATI who arranged to meet another male in Watertown, MA, believed to be ABRAHAM BELLINI. At around 6:49 p.m., MADARATI received an incoming text message from (617) 584-2105. The text message stated that *"I'll be there in 20"*. Thereafter, between 6:50 p.m. and 6:58 p.m., agents believe that MADARATI (over a different cellular phone) and BELLINI exchanged a series of text messages (the content of which was not intercepted, but captured through pen register data) where MADARATI and BELLINI arranged to meet.

77.   After this exchange of text messages, at approximately 7:09 p.m. ICE SA Michael Krol and I established surveillance in area of 48 Green Street in Watertown, MA. At this time, SA Krol observed MADARATI's red commercial van parked in the driveway of this residence. At approximately 7:13 p.m., SA Krol observed a black 2002 Nissan Altima bearing MA Registration 6CS360, registered to Abraham BELLINI, 35 Quincy Street, Watertown, MA 02472, pull onto Green Street Terrace and park behind MADARATI's van. Around the same time, SA Krol observed MADARATI walk out of the side door of 48 Green Street and walk toward the Nissan Altima. During this visual surveillance, neither I nor SA Krol could see the operator of the black Nissan Altima. At approximately 7:17 p.m., I observed the black Nissan Altima drive on Green Street and

39

depart the area. SA Krol and I followed the Altima to the vicinity of 16 Belmont Street,

Newton, MA. SA Krol observed the black Nissan Altima park on Belmont Street, where

SA Krol observed a tall, thin male exit the driver's side door of the black Nissan Altima

and walk to the trunk of the vehicle, which was open, but agents were unable to positively

identify the driver.

78.     More recently, on March 18, 2011, MADARATI exchanged a series of text messages

with a male believed to be ABRAHAM BELLINI who was using a new phone number,

(617) 817-0935. Specifically, on March 18, 2011, at 7:25 p.m., MADARATI received

two incoming text message from phone number (617) 817-0935 that read, *"Should be on*

*why way to u by 10. He will be here in 30-hour"* and then *"so far so good."* A short

time later at 7:26 p.m., MADARATI sent an outgoing text message to phone number

(617) 817-0935 that read, *"What time im gonna see you."* This phone number replied,

*"Around 10."* Thereafter, at 9:45 p.m., MADARATI received an incoming call from a

male who based on a preliminary voice comparison is believed to be the same male using

(617) 584-2105, and who is believed to be BELLINI. At the start of the call, BELLINI

said, "I'm ah taking care of the paperwork now . . . So ah, he came a little bit later, so I

just need a little bit longer you know, just to count it." MADARATI said, "Alright call

me when your done, see if I'm around." BELLINI said, "Alright no problem."

    3.     *ROBERT JOHNSON, a.k.a. "Bobby"*

79.     On March 1, 2011, at 4:20 p.m., MADARATI sent an outgoing text/SMS message to

phone number used by ROBERT JOHNSON, a.k.a. "Bobby" at phone number (225) 371-

0269 that read, *"What you need this week."* Later that same day, at 5:46 p.m.,

MADARATI made an outgoing call over Target Telephone #9 to ROBERT JOHNSON,
a.k.a. "Bobby" at phone number (339) 227-0701. During the call, MADARATI asked
JOHNSON, "Ah are you ah, do you have any, ah numbers [U/I]? JOHNSON asked,
"What are you ...paperwork? (drug proceeds)." MADARATI asked, "No for the other job
(supply of marijuana)." JOHNSON said, "Oh no I haven't, I haven't talked to anybody,
I've been waiting for people to call me, people just been slow . . . People just been slow . .
. But the 'M's' (a certain brand of marijuana) are going (selling) like crazy."
MADARATI clarified, "Yeah, yeah I'm talking about the 'M.'" JOHNSON asked, "Oh,
ah...what did you put in another order?" MADARATI said, "No I um, I wait I see, I have
to pay for what I owe first . . . I have to pay for what I owe first." JOHNSON replied,
"Alright I... well I have, I have the money I owe for the 'M,' I just, I'm waiting to get the
money for the 'J.'" At the end of the call, MADARATI told JOHNSON, "When ever you
have time, to drop off the papers let me know."

80.    On March 2, 2011, at 8:38 p.m., MADARATI received an incoming call over Target
Telephone #9 from ROBERT JOHNSON, a.k.a. "Bobby" who was calling from phone
number (225) 371-0269. During the call, JOHNSON told MADARATI "...I'm gonna
need like all the 'M' tomorrow. Everything. An' then um...I gotta call some kid an' see if
I'm gonna need like ten Jack or more, but um...yo, how many 'M' (a certain brand of
marijuana) can we get like per week?" MADARATI replied, "Well it depends, how
much you want bro' you gotta, you never ask me you never call me back you never give
me answer." JOHNSON answered, "[BACKGROUND NOISE] Wha' do you mean?
You-I haven't gotten a call from you." MADARATI said, "Bro'. You said I'm gonna see

what I can do an' how many I want, an' I'll get back to you. [CHUCKLES] You know."

JOHNSON said, "Yeah pe-this is me, I'm back to you people still don't know you know."

MADARATI then asked, "How many (pounds of marijuana) you want?" JOHNSON

replied, "I want every-all the 'M' you have. Everything. 'M' an'-I'm–" MADARATI

answered, "I can get you two hundred and fifty (250 pounds of marijuana) a week."

JOHNSON then explained, "So-these kids wanna start talkin' thirty (30 pounds), every

few days. An' then I got-I got these other two kids but, for right now when's the next

batch a 'M' comin'?" MADARATI said, "I can get it by nex' week. We goin' nex' week."

At the end of the call, JOHNSON again said, "A'rite, but the 'M's' are movin' like crazy.

People want the 'M's'."

81.  On April 6, 2011, at 2:10 p.m., MADARATI receives an incoming call over Target

Telephone #14 from ROBERT JOHNSON who was calling from phone number (310)

256-6426. During the call, JOHNSON asked MADARATI, "Can I take all those M's

today?" MADARATI replied, "Yeah, yeah, yeah. Umm...hold on, let me give you the

phone number . . . .'V' (VARTAN SOUKIASIAN). You know the bald old mother fucker

'V'? My boy?" JOHNSON said, "Yeah." MADARATI then said, "Yeah! Just you call

him from the prepaid, I don't nobody to get in touch with you on your phone, on [U/I]

...[//]." Later in the call, MADARATI provided JOHNSON with phone number 617-849-

3193 as a number for 'V' (SOUKIASIAN). JOHNSON then asked how many pounds of

marijuana were left: "How many left, do you know?" MADARATI said, "I think 33 and

half or 31 and a half, whatever you find, umm it's written down on the paper, he has it.

Ummm, the half...the half is missing about 70 grams. So..[//] so you don't have to pay me

. . you don't have to pay me for the half, just take it for you, it's for gift, for you, alright?" Moments later, MADARATI said that he had "diesel . . . good ones, I picked up." MADARATI then said that he was going to get the "strawberries" next week at $1,800 (per pound). At the end of the call, MADARATI then said he was going to call their friend (SOUKIASIAN).

  4.  *JEFFERY SPINKS*

82. As further described above, agents first intercepted a male believed to be JEFFERY SPINKS amongst a series of intercepted calls where agents believe that SPINKS and others were sent to Florida to collect a Porches from male believed to be ▓▓▓▓▓▓▓ ▓▓▓▓▓▓ and complained to SOUKIASIAN about HAGOP SARKISSIAN's "extortion" activities. As further described below, during a series of intercepted calls, MADARATI has arranged to distribute wholesale quantities of marijuana to SPINKS.

83. On February 9, 2011, at 2:38 p.m., MADARATI received an incoming over Target Telephone #6 from Victor Loukas who was calling from phone number (857) 204-9990. During the call, Loukas informed MADARATI that he left 40 pairs of shoes (40 pounds of marijuana) in the garage. The same day, at 5:22 p.m., MADARATI received an incoming call over Target Telephone #6 from VARTAN SOUKIASIAN who was calling from phone number (857) 829-0797. During the call, MADARATI asked SOUKIASIAN if he had talked to Jeff (JEFFREY SPINKS about the 40 pounds of marijuana). MADARATI then asked, ". . . you don't want the 40 dollar from me?" SOUKIASIAN said that it was for tomorrow.

84. On February 10, 2011, at 4:33 p.m., agents intercepted a call over Target Telephone #6

between MADARATI and VARTAN SOUKIASIAN where MADARATI informed

SOUKIASIAN that he was on his way over to SOUKIASIAN's residence to deliver the

"40 bucks" (40 pounds of marijuana, that SOUKIASIAN would then deliver to JEFFREY

SPINKS). SOUKIASIAN replied that he was in Arlington, but would be there in 10

minutes. Following this call at around 4:45 p.m., agents established surveillance in the

area of SOUKIASIAN's residence at **10 Oakley Road, Watertown, MA**. Around the

same time, TFO Dean Levangie observed MADARATI arrive at the residence driving his

black Mercedes AMG bearing MA registration 239FJ5 and pull into the driveway. At

approximately 4:58 p.m., ICE SA John Pasciucco and other agents observed

SOUKIASIAN arrive at **10 Oakley Road** in his dark gray Mercedes, bearing MA dealer

registration 125K. During this time, MSP Trooper Tirela observed MADARATI's trunk

open and close and observed MADARATI and SOUKIASIAN engage in conversation.

At around 5:03 p.m., both MADARATI and SOUKIASIAN left the area. Minutes later,

at 5:09 p.m., MADARATI arrived at his residence at **185 Warren Street**, changed cars,

and drove to 14 Carlton Terrace in his Dodge pickup where he arrived at 5:19 p.m.

85.    As further described below, on April 13, 2011, agents believe that SOUKIASIAN and

MADARATI received a shipment of approximately 100 pounds of marijuana from

Canada at **10 Oakley Road,** and arranged to distribute 40 pounds of marijuana to

JEFFREY SPINKS.

    5.    *Seizure of 150 Pounds of Marijuana on March 16, 2011*

86.    On March 14, 2011, through pole camera surveillance at MADARATI's suspected stash

location, 14 Carlton Terrace, the residence of ▉▉▉▉▉▉ in Watertown, agents

observed what is believed to have been a delivery of marijuana to MADARATI at the stash location. Through pole camera surveillance, agents observed ███████bring in two waist high suitcases and a maroon duffle bag into the residence. Prior to these observations, at approximately 5:15 p.m., MSP Sgt. Dean Levangie observed MADARATI's red Chevy van (MA Comm. Reg. # L21613) parked in the driveway of his residence adjacent to ████████gray Nissan Maxima, (MA Reg. # 33CS80). At approximately 5:33 p.m., Sgt. Levangie observed███████it MADARATI'S driveway at **185 Warren Street** operating his gray Maxima. Minutes later, at around 5:36 p.m., SA Krol and I observed████████, via a pole camera, outside his residence at 14 Carlton Terrace, pull into his driveway and park. At one point, ██████returned to his vehicle and SA Archambault, SA Krol and I observed████████take a large weighted black suitcase/bag into his residence before exiting the house and dragging a second large weighted black suitcase/bag, while carrying a slightly smaller maroon colored duffel bag into his residence.

87.   The next day, on March 15, 2011, at approximately 10:54 a.m., I observed████████from the pole camera exit from his residence at 14 Carlton Terrace carrying what appeared to be one of the same large black suitcases which he carried into his residence the day before. ███████returned to his residence and again exited at approximately 10:56 a.m. carrying another large black weighted suitcase and a maroon duffel bag. ██████ carried the three bags he took out of his residence and in the direction of his vehicle and the detached garage at the rear of his driveway, and out of view of the camera. At approximately 10:58 a.m., I then observed, via a pole camera, ██████exit from his

residence operating his gray Nissan Maxima.

88.    At approximately 12:10 p.m., SA McCarthy observed MADARATI at Newton
       Automotive at 249 Centre Street, Newton, Massachusetts, a business owned and operated
       by HAGOP SARKISSIAN, a.k.a. "Jack." A short time later, SA McCarthy observed a
       white Land Rover, bearing MA Dealer Reg. # 125, exit from the garage. The day before,
       agents saw MADARATI and SARKISSIAN together in this same vehicle. MADARATI
       got into the passenger seat of the Land Rover and the vehicle exited the lot. At
       approximately 1:57 p.m., SA McCarthy observed a red Chrysler Sebring convertible with
       a black ragtop drive down Carroll Street in Watertown, MA, followed by the
       aforementioned white Land Rover. At approximately 2:00 p.m., SA Krol, SA
       Archambault and I observed, via a pole camera, the red Chrysler Sebring, bearing NY
       Registration # FGR9078, enter into the driveway at 14 Carlton Terrace Watertown, MA.
       The Sebring was followed into the driveway by the white Land Rover which parked
       behind the Sebring. A short time later, SA Krol and SA Archambault observed
       MADARATI, ███████████, and at least one other male moving around in front of the
       Land Rover, and at the trunk of the Sebring. MADARATI exited the Land Rover and
       was joined in the driveway by █████.

89.    At approximately 2:05 p.m., SA Krol observed the white Land Rover exit from the
       driveway at 14 Carlton Terrace with the red Chrysler Sebring following the Land Rover.
       As the vehicles drove on Carroll Street, SA McCarthy observed large bags/suitcases in
       the back seat of the Sebring with two white older males in the front seats and observed
       MADARATI operating the white Land Rover. About ten minutes later, at approximately

46

2:15 p.m., DEA GS Damian Farley observed the White Land Rover enter into the lot at Newton Automotive, and park. Sgt. Levangie observed the red Sebring as it continued past Newton Automotive and entered into the lot of Bertucci's Restaurant on Centre Street in Newton a short distance away. Agents later followed the red Sebring with NY plates to a Super 8 Motel in Watertown. The next day, agents followed the red Sebring vehicle as it left the Super 8 Motel. Agents maintained continuous surveillance of the red Sebring until 3:00 p.m. in the area of Winchendon, Massachusetts where a marked MSP cruiser contacted a traffic stop of the red Sebring. During the traffic stop, MSP troopers ultimately searched the vehicle and found two large black suitcases/bags and a red duffel bag containing approximately 100 individual heat sealed plastic bags of marijuana, believed to total approximately 150 pounds of marijuana.

6.    *Recent Shipment of Marijuana and Ecstasy from Canada*

90.    On April 12, 2011, at 6:29 p.m., MADARATI received an incoming call over Target Telephone #15 from VARTAN SOUKIASIAN who was calling from (617) 849-3193. At the start of the call, SOUKIASIAN asked, "Hey, quick question . . . How many units am I going to see tomorrow?" MADARATI replied, "[U/I] Two hundred (pounds of marijuana). SOUKIASIAN confirmed, "Two hundred units?" [VOICES OVERLAP]. MADARATI said, "[U/I] I think [U/I] might bring one (100 pounds) and bring one, couple days ago, they might bring the two hundred right away."

91.    The next day, on April 13, 2011, at approximately 12:40 pm, Boston Police Officer ("BPD") Michael Feeney observed SOUKIASIAN exit his family residence at 79 White Street in Watertown, enter his black Mercedes S-430, and drove to **10 Oakley Road,**

**Watertown, MA** where SOUKIASIAN parked and exited his vehicle. At approximately 12:49 pm, Officer Feeney observed a maroon Mercury Marquis (NY Reg # DYE-8729, registered to Wayne Bushey 7164 Route 9, Apt F, Plattsburgh, NY) arrive at **10 Oakley Road** and back into the driveway of the residence. Officer Feeney then observed SOUKIASIAN and an unknown older white male at the trunk of the Mercury. Officer Feeney observed the trunk of the Mercury open and moments later close. Officer Feeney then observed the unidentified male and SOUKIASIAN at the right rear of the driveway of the 10 Oakley Road residence. Thereafter, at around 12:52 pm, Officer Feeney observed the Mercury and depart the area.

92.    Immediately after these observations, at 12:53 p.m., MADARATI received an incoming call from VARTAN SOUKIASIAN who was calling from phone number (617) 849-3193. At the start of the call, SOUKIASIAN said, "All set . . . I haven't, [DEEP BREATH] I haven't count. I don't have the count yet. But I think it's a hundred (100 pounds of marijuana that SOUKIASIAN just received at **10 Oakley Road, Watertown, MA**) [SIGHS]." MADARATI answered, "A hundred, alright. So he'll bring the other hundred next couple of days. Uh... just when you tell him, just count and separate names. I think is two brands (of marijuana). . . it's freeze and uh... strawberry." MADARATI then explained, "Go to freeze, twenty-four freeze in one... one pack . . . And then... [CLEARS THROAT] separate the rest, make it twenty, twenty, twenty, twenty, easy to... to send, you know." MADARATI then said that forty (40 pounds of marijuana) were going to "Jeff" (SPINKS) but that he had to pay back the money in three days: "Yeah, so you gotta tell him. No more than three day." During an intercepted call at 1:22 p.m.,

48

SOUKIASIAN told MADARATI that there were fifty-one (51) "F's" and forty-nine (49) "S's" "and one other thing." MADARATI replied, "Which one other things?" SOUKIASIAN said, "I don't know, Aspirins . . . You had a pack of the aspirins too . . .Like a pack of the pills . . . There's a package of pills." MADARATI replied, "Oh, oh, oh,oh, oh. Just put it on a side." MADARATI said it was just a sample and confirmed with SOUKIASIAN that "F" was "freeze" and "S" was strawberry.

93.     A short time later, during an intercepted call at 1:03 p.m., SOUKIASIAN told MADARATI, "Bro, um I have uh thing for you. Um, I called him up and I told him (SPINKS), 'you gotta three day return only,' I said. He goes, 'that's fine.' He goes, 'give me forty [40] of them.'" MADARATI replied, "Alright, go for it." About thirty minutes later, at approximately 1:35 pm, MSP Trooper Brad Porter observed a green Jeep Grand Cherokee, bearing MA registration 94MY19, registered to *ATW Electronics*, 24 Spice Street, Charlestown, MA arrive at the **10 Oakley Road**. Trooper Porter observed SPINKS exit the vehicle and walk to the rear of 10 Oakley Road. Minutes later, at approximately 1:48 pm, Sgt Dean Levangie observed the same green Cherokee back out of the driveway and followed the Green Jeep Cherokee as it traveled westbound on the Massachusetts Turnpike.

94.     Agents and officers then surveilled the SPINKS in his Green Jeep Cherokee to a rest area on the Massachusetts Turnpike in Framingham, MA. SA Krol positively identified SPINKS from a Massachusetts driver's license photograph and observed SPINKS walk into McDonald's and order food. SPINKS remained at McDonald's for a short period of time and departed the area. At approximately 2:55 pm, agents and officers followed

49

SPINKS directly to SPINKS's residence at **19 Sylvan Street, Boylston, MA**. Trooper Joe Crowley observed the Cherokee park at the residence and further observed SPINKS exiting the garage with an unknown object in hand. In addition, Trooper Crowley observed the driver's side door of the Cherokee open.

95.   In subsequent intercepted calls, MADARATI said that "pills" were "E" (ecstasy) and that his source of supply in Canada (an individual different than "Kuzz Canada") had about 100,000 ecstasy pills ready for distribution. For example, on April 13, 2011, at 1:34 p.m., MADARATI received an incoming call over Target Telephone #15 from KARAPET DZHANIKYAN, a.k.a. "Garo" who was calling from phone number (207) 391-2466. At the start of the call, MADARATI asked, "I want you to make couple of phone calls and see uh, you know those Advils the jumping pills?" DZHANIKYAN clarified," The jumping one?" MADARATI replied, "Yeah [CHUCKLES] the cobra ones. Like we used to get from Justin." Moments later, MADARATI asked, "Yeah, see if you can uh, I can uh give you like as much as you want. It has to be big numbers (large quantities). Your cost will be three ($3 per pill) dollars." DZHANIKYAN asked, "Oh, you have it?" MADARATI said, "I can get it three dollars . . . but it has to be like ten thousands." DZHANIKYAN replied, "Oh, bff-uh I don't know [U/I] all that bro. Jesus!" MADARATI said, "Well, I mean this is the numbers they give it to me for a hundred thousand [100,000], so I'm putting a quarter on it." DZHANIKYAN answered, "Yeah I know, but I don't know. I mean I, I can do like probably by like hundreds [100] and stuff, but I don't know about like..." MADARATI: "Well, you know what to do? Just make your phone calls and see if uh, you know. If it works out, I'll uh...I have...the guy sent me

samples out. I'll give it to you soon." DZHANIKYAN answered, "Ok, alright yeah. Well,
I know...bro, I know, I know, I know a few people, yeah. I mean like...when you gonna be
back?" Later in the call, MADARATI again turned back to the subject of the ecstasy pills
and said, "But see if you can do anything with that." DZHANIKYAN answered, "Yeah,
yeah I'm sa-I know for sure I can. But, I can't like do like one person like damn like big
like ten thousand [10,000] like some' like that, you know what I mean . . . Yeah, probably
like five (50,000) or whatever, I mean..." MADARATI said, "That's fair enough. That's
fair enough. I'm, I'm just helping you out. I don't wanna...I don't wanna get near it, you
know." DZHANIKYAN said, "Yeah . . . Yeah whatever. No, for both of us, I mean.. I
don't know, you know what I mean." MADARATI answered, "I'm telling you what's,
what's...I mean, my cost two seventy five [275]. I'm putting quarter." (the cost is $2.75
per pill and MADARATI would charge $3.00 per pill). DZHANIKYAN said, "Yeah, I
don't.. alright, ok awesome. Wow, that's good actually. You should." MADARATI
continued, "Good, you can't find it below six or seven [6 or 7]." DZHANIKYAN
answered, "No, I...dude I know. Alright, yeah I'm..I definitely can do something with it,
yeah, hundred percent."

**H.    Intercepted Calls Between SAFWAN MADARATI and SANUSIE M. KABBA
About Plan to Forcibly Collect Drug Money from VICTOR Loukas**

96.    During the wiretap investigation, agents have intercepted numerous calls between

MADARATI and a male identified as SANUSIE M. KABBA. These intercepted calls

have revealed that MADARATI has a drug trafficking relationship with KABBA and

arranges with KABBA to distribute marijuana, oxycodone, and other illegal drugs. Most

recently, agents have intercepted a series of calls in which MADARATI and KABBA

arranged for two other individuals, identified as RONALD MARTINEZ and ████████ **p.v.**

████████ to forcibly collect drug money from one of MADARATI's former drug

trafficking associates, ████████

97.    As further described below, these calls relate to an incident where ████████ stole

approximately $80,000 to $100,000 in drug money from MADARATI that MADARATI

had provided to ████████ to purchase oxycodone in California for MADARATI. ████████

did so by pretending that the money had been seized by the police in California. In an

effort to get the money back from ████████ MADARATI had conversations with

SANUSIE KABBA about framing ████████ by planting cocaine in ████████ house (14

Carlton Terrace, Watertown, MA) and calling the police, and also by sending some

**p.v.**

"guys" (MARTINEZ and ████████) over to ████████ residence at 14 Carlton Terrace

to collect the money and harm ████████ in the process. During an intercepted call on April

8, 2011, MADARATI told another male that he was concerned that KABBA's guys

would try to "brush him ████████ forever" (murder ████████). The next day, on April 9,

2011, agents intercepted calls in which MADARATI arranged to give money to KABBA

in order for KABBA to hire his guys to go after ████████

98.    In response to these intercepted calls, on the evening of April 9, 2011, agents approached

████████ during the course of a vehicle stop and informed ████████ about the

possible threat to his life. ████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

52



99.    [REDACTED] at around 1:00 a.m. on April 10, 2011, agents observed from the pole camera positioned outside [REDACTED] residence at 14 Carlton Terrace two black males (later identified as MARTINEZ and [REDACTED] **D.V.**) attempting to enter the residence. Immediately thereafter, SA Mike Krol placed an emergency 911 call to the Watertown Police, who responded to the scene, and arrested MARTINEZ and [REDACTED] **D.V.** for Breaking and Entering. In the vehicle these two men had, police found crack cocaine and a large knife.

100.    On April 1, 2011, at 4:17 p.m., MADARATI received an incoming call from SANUSIE KABBA who was calling from phone number (401) 241-8239. After greeting each other, MADARATI said, "I said I got an idea. What about if we... we got some of this...umm the grout for the white tile (cocaine). . . And install it in his house and we call on him (call the police, and frame him). [PAUSE] What do you think?" MADARATI further explained, "We do something, put some grout on his tiles, you know, grout, the white grout (cocaine) for the tile . . We can put like big mounts over there and just... take care of him. Like set him up (frame him)." KABBA said, "Yeah. I mean... [U/I] means he's not gonna get you..." MADARATI said, " I know, but he's afraid to go in. [PAUSE] I

know he hates inside (prison), so..." KABBA said that it would not be a good idea and that it would be a waste. MADARATI replied, "Alright, you know something. You got... you and the boys take your time. See what's gonna come out with, he might just give up by tonight . . . I'm gonna be a little stronger and just wait on it. He might give up tonight, he might give up as soon as he see the guy's face."

101. On April 8, 2011, at 5:51 p.m., MADARATI made an outgoing call to a criminal associate believed to be ▓▓▓▓▓▓▓▓ at phone number (857) 222-5638. During the call, MADARATI Told ▓▓▓▓▓ about ▓▓▓▓▓▓ stealing money from MADARATI. Specifically, MADARATI told ▓▓▓▓▓ "Alright?..you know how I had a guy, he was going to pick up some tolls from different state (Percocets/oxycodone from California) and come down . . .yeah, he robbed me. . . . yeah, you know who it is, this piece of shit, he is a bitch, and I .." Haserjian asked, "Who is he?" MADARATI answered, "The white boy, he is American, he's name ▓▓▓▓ (referring to ▓▓▓▓ ▓▓▓▓)." MADARATI then explained, "I mean I called my guys and I had my guys now after him but my..fr--my guys..they're little..little fucking dangerous, they might like...they might brushed him. And I don't want to do that." ▓▓▓▓▓ asked, "They might brushed him and you don't want them to do that? Why?" MADARATI repeated, "They might brushed him forever" (meaning, they might kill him). ▓▓▓▓▓ asked why that was a problem ▓▓▓▓▓ had fucked him. MADARATI explained that he showed the text message to ▓▓▓▓▓ sister and he was worried because text messages were kept for five years. MADARATI further explained, "Yeah, so if anything happened, they can have some proof against me, so..I'm ..I told the guy just to do it on a different way, they way

54

how ..our guy, the guy inside used to do it . . ."

102.    On April 8, 2011, at 8:23 p.m., MADARATI received an incoming call from SANUSIE

KABBA who was calling from phone number (401) 241-8239. During the call,

MADARATI and KABBA talked about a task that KABBA said they would complete by

next week, which agents believe was a planned assault and extortion of ▓▓▓▓. KABBA

said, "Yeah. You know, it's goin' be a nice li'l work out. You know. So...um...It's, it's

lookin' like the [SIGHS] you know." MADARATI asked, "You think they gonna get it

done nex' week? I'm gonna be at the hotel by Monday." KABBA replied, "Yeah. It'll be

uh...definitely. It'll be-it'll be Monday." MADARATI said,"I have a feelin' as soon as they

walk in to the shop, and, he's gonna be su'prised of the guys over there, he's ( Loukas) jus'

gonna piss on himself an' say everything." Later in the conversation, KABBA said that

his guys would go into the place (▓▓▓▓▓▓▓'s residence, 14 Carlton Terrace) when

▓▓▓▓ was not there to look for the money that ▓▓▓ stole from MADARATI.

KABBA said, "Go in when nobody's there. Go see if we can find it . . . If they can find

it." MADARATI replied, "If they can't find it they can wait for 'im." KABBA said,

"Yeah, that's exactly what's gonna happen." Then during an intercepted call at 8:59 p.m.,

MADARATI told KABBA that if they were going to "frame" ▓▓▓▓, and plant cocaine

in his house, to tell his guys to cook some pieces for him (referring to crack cocaine.

which as indicated above was seized from MARTINEZ and ▓▓▓▓▓▓ O.V. vehicle).

Specifically, MADARATI said, "Hey, if we gonna..if we gonna do the frame at work,

umm, tell the guy to cook for me a couple pieces . . . and put it inside baggies and we

need umm, litt---little scale . . . " Later in the call, MADARATI told KABBA that he

55

would let KABBA handle it because it was KABBA's money.  Toward the end of the call, KABBA said, "We'll deal with it, we already got ...we was talking about [it] all night."

103.    On April 9, 2011, at 3:15 p.m., MADARATI received an incoming call from KABBA who was calling from phone number (401) 241-8239.  During the call, KABBA asked MADARATI the location of the gym where ▓▓▓▓ worked.  MADARATI said it was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ MADARATI also said that he ▓▓▓▓ was going be out today watching the game and that even his sister would be out too.  Later that day, during a call at 4:14 p.m., MADARATI told KABBA that the "paperwork" (the money that ▓▓▓▓ stole from MADARATI) would most likely be in the house (14 Carlton Terrace) and if the Audi was at the house, it meant that ▓▓▓▓▓▓▓ was there.

104.    On April 9, 2011, at 4:25 p.m., MADARATI made an outgoing call to VARTAN SOUKIASIAN at phone number (617) 849-3193.  During the call, MADARATI asked SOUKIASIAN if he had $10,000 and told SOUKIASIAN that a girl was going to pick it up from him.  MADARATI first asked, "Do you have uh...do you have ten?" SOUKIASIAN asked, "No. Ten what? Ten dollars?"  MADARATI said, "Ten...yeah, large size . . I need 10K ($10,000)."  SOUKIASIAN asked, "Where is it going?" MADARATI said, "Um, I'm gonna have a girl coming pick it up from you." SOUKIASIAN asked, "Why, what time?"  MADARATI said, "The soon is better. You let me know, I'll make the phone call see where she's gonna come and see you. It's important."

105.    On April 9, 2011, at 4:41 p.m., MADARATI made an outgoing call to KABBA at phone

number (401) 241-8239. During the call, MADARATI told KABBA to call "Wolf"
(VARTAN SOUKIASIAN) to pickup the money and provided KABBA with
SOUKIASIAN's phone number, "*617-849-3193*." At 4:58 p.m., MADARATI received
an incoming call from SOUKIASIAN who told MADARATI, "Yeah, he called me . . .
I'm goin' to meet 'im . . . A'rite? An' um...he's a uh...brother right?" MADARATI replied,
"Yeah, yeah . . . Don't worry he's-it's one a my bl-guys you know." Later, during a call at
5:20 p.m., SOUKIASIAN said that there two people, one big one and one little one.
SOUKIASIAN said that he had seen the big guy before (referring to MARTINEZ).

106.    On April 9, 2011, at 5:01 p.m., MADARATI received an incoming call from KABBA
        from phone number (401) 241-8239. During the call, KABBA told MADARATI that he
        spoke to SOUKIASIAN and reported that his (KABBA's) guys were snooping around
        ▆▆▆▆▆▆ place. MADARATI then said, "No, no, no, no I just want...I mean, if he...if
        they're there, if they're walking in, they walk in, if they find it (the money) it's fine. Even
        if they find it, I still gotta give him ▆▆▆▆ a fucking lesson." Toward the end of the
        call, MADARATI said to make sure ▆▆▆▆ sister was not there and said, "I mean just
        in case if anything goes wrong, let them...let them bring with them the other stuff (the
        cocaine to plant), just in case anything goes wrong and, and people with the, with the
        hoodie go to see his house they won't...I want the people with hoodie to see something
        inside, so he can think it was [U/I] also." During a call at 5:26 p.m., between KABBA
        and MADARATI, again over Target Telephone #2, KABBA told MADARATI that they
        were going to see ▆▆▆▆ tonight. MADARATI also said that ▆▆▆▆▆ could not
        say anything because ▆▆▆▆▆▆ was hustling. MADARATI also talked about

the fact that there were cameras in Florida and he would have proof that he was not in Massachusetts when the assault happened.   MADARATI then stressed that he did not want KABBA's guys to murder ███████ because they needed/wanted to work (sell drugs), but that they should beat the shit out of him. MADARATI said, "Yeah, so that's why I was thinkin' about it. That's why I said, I don't want to go so far because, we wants to work ... If we an, if we can break in, get what we want an' beat the shit out of him that would be-that's enough . . . "   MADARATI also explained that ███████ could not go to the cops because they were going to plant drugs in his house. At the end of the call, MADARATI said, "They-if they-if they catch 'im he's gonna talk, he's a chicken bro' he's a chicken. As soon as -as soon as he see the machine (firearm/weapon) in his fuckin' head, he's gonna talk . . . " Then at 6:34 p.m,. MADARATI called SOUKIASIAN again and asked SOUKIASIAN to give the same guys another "5" ($5,000).  During a call at 6:37 p.m., KABBA told MADARATI that one of the guys was extreme and should only be used as a last resort. KABBA also asked MADARATI for a description of the clothes that ███████ was wearing. MADARATI complained about having to pay another $5,000 and said he could get someone else to be part of the team.  In several later intercepted calls, KABBA then reported to MADARATI on his guys efforts to find ███████

107.   As further described above, that same evening at around 9:30 p.m., agents approached ███████ and warned him of a threat to his personal safety and advised ███████ not to return to 14 Carlton Terrace. After meeting with Loukas, at around 12:30 a.m., agents observed two  males, via video surveillance, approach the driveway of 14 Carlton Terrace. SA Krol observed the males on top of the garage attempting to open the door to

the residence. SA Krol immediately notified the Watertown Police Department. A short time later, officers from the Watertown Police Department responded to 14 Carlton Terrace and located two males whom they later identified as RONALD MARTINEZ and

D.V.

████████████ who were wearing all black clothing. After a brief foot chase, officers arrested MARTINEZ. After placing MARTINEZ under arrest, one of the officers noticed a white motor vehicle a short distance away with it lights on and the motor running. Officers looked inside the vehicle, and found

D.V.

███████ lying down, hiding in the vehicle. Following their arrest, officers searched the white vehicle, a Toyota Budget Rental car, and found, among other items, baggies of suspected crack cocaine, approximately $5,000 in cash in $100 bills (believed to be the same $5,000 that MADARATI gave to KABBA to give to MARTINEZ and

D.V.

█████████ the same day), and a M-Tech folding knife. On MARTINEZ's person, the officers also found a handwritten note with name ████' an address of "14-16 Carlton Terrace" and ████████ cell phone number written on the paper.

108.   On April 11, 2011, at 8:46 a.m., MADARATI received an incoming call over Target Telephone #15 from KABBA at phone number (401) 241-8239. During the call, KABBA informed MADARATI that KABBA's associates had been arrested, that they found the "7's" cocaine (that they were going to plant in ████████ house) and that a neighbor must have called the police.

### III. THE TARGET LOCATIONS

(A)    185 Warren Street, Watertown, Massachusetts

    1.    **Description of Target Location**

The target location, **185 Warren Street, Watertown, Massachusetts**, is a single family one story dwelling, blue in color with white trim and blue shutters. The main entry door is located to the left of the house closest to the driveway, the door is blue with a white storm door and an awning over the door. The residence has a detached garage at the rear left of the driveway. The garage is blue with a white garage door and a flat roof.

    2.    **Link to Criminal Activity**

Agents believe that MADARATI is currently using his residence at **185 Warren Street, Watertown, Massachusetts** to store large quantities of drug proceeds, a firearm, and records regarding his drug trafficking and money laundering activities, including a computer. Agents also believe that MADARATI keeps his the various cellular phones and Blackberry devices that he uses to communicate with his criminal associates inside **185 Warren Street**.

    (1)    The target location, **185 Warren Street, Watertown, Massachusetts**, is the primary residence of SAFWAN MADARATI and his spouse, ▓▓▓▓▓▓▓▓. According records for N-STAR, the utilities for the target location are in the name Safwan Madarati who provided a home phone number of (617) 335-2078, which is Target Telephone #1. During the course of surveillance, which has included pole camera surveillance of **185 Warren Street** since at least September 2010, agents have consistently observed that MADARATI resides at **185 Warren Street**. Agents first identified **185 Warren Street** during the course of physical surveillance on March 23, 2010, when I observed MADARATI meet with ▓▓▓▓▓▓ in front of **185 Warren Street**. Thereafter, on June 14, 2010, following surveillance of MADARATI and ▓▓▓▓▓ in Watertown, members of the Watertown Police Department and ICE seized $70,040 in drug proceeds from MADARATI.

    (2)    On June 2, 2010, ICE SA John Pascuicco and I conducted a trash pull from **185 Warren Street** and searched the trash that had been left on the curb to be picked up. During the search, SA Pascuicco and I found several discarded letters addressed to "Safwan Madarati" at 185 Warren Street, and a piece of a clear plastic heated-sealed bag which appeared to have some markings with a black magic marker. Based on my training and experience, the portion of the plastic bag was consistent with heated sealed plastic bags that are typically used to package marijuana imported into the United States from Canada.

    (3)    On September 13, 2010, from video pole camera surveillance, ICE SA Krol and I observed two unidentified males arrive at **185 Warren Street** at approximately 11:03 p.m. driving a late model Chevrolet Impala. SA Krol observed the driver to be a middle aged white

male with receding hairline with eye glasses and the passenger to be a white male with a thin build, dark hair, and eye glasses. SA Krol observed both these men walk to garage located at the rear of the driveway and out of view of the video camera. At around 11:05 p.m., SA Krol observed the same two men return to the Chevrolet Impala, saw the truck open, and observed the driver of the vehicle place a weighted duffle bag into the trunk. SA Krol saw both men manipulate the bag inside the truck, saw the trunk close, and observed both men depart the area in the Chevrolet Impala. Following this video surveillance, agents obtained an arrest photograph of ▓▓▓▓▓▓▓▓ from DEA agents in New York City. On January 21, 2010, agents in New York seized more than $1.2 million in suspected drug proceeds from ▓▓▓ in New York City. While agents have been unable to make a positive identification, the driver of the Chevrolet Impala described above who SA Krol observed placing a duffle bag into the Impala bore a strong resemblance to ▓▓▓▓ arrest photograph from January 21, 2010.

(4)    On September 23, 2010, following intercepted calls between MADARATI and KABBA about KABBA providing MADARATI a quantity of cocaine and delivering drug proceeds to MADARATI, agents conducting surveillance observed MADARATI meet with KABBA in the parking lot of a supermarket in Cambridge. At this time, Sgt. Levagie observed a KABBA get out of a black GMC Yukon, carrying a large cardboard box. KABBA entered MADARATI's Dodge pickup, and KABBA and MADARATI departed the lot together and drove to 164 Grove Street in Waltham, Massachusetts. After leaving 164 Grove Street, MADARATI drove KABBA back to the parking lot in Cambridge and from video pole camera surveillance I then observed MADARATI return to his residence at **185 Warren Street, Watertown** and enter the target location with a box similar to the one agents observed KABBA deliver to MADARATI believed to contain drug proceeds.

(5)    During surveillance of **185 Warren Street** on October 27, 2010, I observed MADARATI transfer a suitcase to a male from Canada later identified as ▓▓▓▓▓▓▓. Later that same day, agents conducting surveillance observed ▓▓▓▓▓ take possession of a second suitcase from VARTAN SOUKIASIAN. After this, agents followed Jartidian as he drove to Hanscom Airport in Bedford and was found to be in the possession of more than $1.7 million in drug proceeds. In later intercepted calls, MADARATI confirmed that he had given ▓▓▓▓ at least $700,000 in money out of the $1.7 million that was seized.

(6)    During an intercepted call on January 19, 2011, during a time that MADARATI was in California acquiring a quantity of Percocets from "▓▓▓," agents intercepted a call in which agents believe that MADARATI instructed his spouse, ▓▓▓▓▓▓▓▓, to hide a firearm that was in the house. Specifically, on January 19, 2011, at 2:28 p.m., MADARATI made an outgoing call over Target Telephone #4 to ▓▓▓▓▓▓▓▓, at phone number (617) 458-0236. During the call, MADARATI told ▓▓▓▓ to put the "tool" (believed to be a firearm) in the same place, in the same box, as the papers (the money) just in case anything happens to MADARATI in California (if he gets arrested and the police conduct a search warrant at their residence at **185 Warren Street**).

(7)     On February 5, 2011, at around 3:05 p.m., through the pole camera outside **185 Warren Street** agents observed MADARATI arrive at his residence.   A short time later, agents observed a black Nissan Maxima bearing MA registration 7AL850 driven by ROBERT JOHNSON, a.k.a. "Bobby" arrive at MADARATI's at **185 Warren Street.** At around 3:12 p.m., from the same pole camera, I observed MADARATI and JOHNSON walk from the corner of the driveway out of view of the camera each carrying what appeared to be weighted plastic trash bags (believed to contain marijuana, though there were no wiretaps on any of MADARATI's cellular phones at the time). I then observed JOHNSON place the black weighted trash bag he was holding into the trunk of his Nissan Maxima, and MADARATI placed the bag he was carrying into the bed of his blue Dodge pick-up truck.  A short time later, at 3:46 p.m., from a pole camera at JOHNSON's residence at **26 Sherman Street in Cambridge, Massachusetts,** I observed JOHNSON remove the plastic trash bag (believed to contain marijuana) from his Nissan Maxima, and bring the bag into the house.

(8)     During an intercepted call on April 1, 2011, at 5:09 p.m., MADARATI made an outgoing call over Target Telephone #12 to ▓▓▓▓▓▓▓▓rt and told ▓▓▓▓to wipe everything off the computer (which agents believe is inside the joint residence, **185 Warren Street,** and contains pertains to either records of drug trafficking or communications that MADARATI has had with the organization in Canada). MADARATI told ▓▓▓▓ save whatever she had to save and to get rid of everything else because he did not want anybody to get anything from the computer and ▓▓▓▓ agreed.

(9)     During a series of intercepted calls on April 19, 2011, JOHNSON informed MADARATI that he had been attacked and robbed at this residence. MADARATI in turn informed JOHNSON that he had a "woman" in his own house (referring to a gun).

(B)    164 Grove Street, Waltham, Massachusetts

  1.    Description of Target Location

     The target location, **164 Grove Street, Waltham, Massachusetts**, is a two story, single family dwelling, white in color with black shutters. The front door is white with a brass knob. The mailbox is located to the right of the front door, no numbers are visible. The front staircase is made of concrete, with steel banisters leading to the front door. The side of the house has another entry with a white door and a white awning over the door.

  2.    Link to Criminal Activity

     Agents believe that the target location, 164 Grove Street, Waltham, Massachusetts, is a single family residence that MADARATI rented to use as place to store large quantities of drug proceeds, marijuana, and other illegal drugs

     (1)    During the course of investigation, between August 2010 and April 20, 2011, agents have conducted surveillance including video pole camera surveillance of the target location, and have observed that the 164 Grove Street has been mostly unoccupied. However, as further described below, through pole camera surveillance agents have frequently observed MADARATI and his criminal associates arrive at 164 Grove Street and depart a short time later. For example, on August 30, 2010, at 9:29 p.m. , SA Gazzaniga observed MADARATI's Mercedes AMG backed into the driveway of **164 Grove Street, Waltham, Massachusetts**. At 10:00 p.m. , SA Peterson observed MADARATI in the Mercedes leave 164 Grove St., Waltham, MA. Thereafter, at approximately 10:04 p.m. , Trooper Bulman observed the Mercedes parked in the driveway of 185 Warren St., Watertown, MA and minutes later SA Gazzaniga saw MADARATI outside his residence at 185 Warren Street speaking on a cellular telephone.

     (2)    On August 25, 2010, on 7:02 p.m., MADARATI received an incoming text message over Target Telephone #1 from phone number (781) 727-7466, subscribed to ▆▆▆▆▆ ▆▆▆▆**164 Grove Street, Waltham MA**, which read, "*Hey Safwan. Don't forget to call nationalgrid and nstar today to start service tomorrow or fri. Address is 164 Grove St, Waltham, MA 02453.*" (Agents believe that MADARATI had others, including ▆▆▆▆▆ and as further described below, ▆▆▆▆▆▆▆, put the utilities in the names of other people in order to avoid law enforcement from connecting MADARATI to the target location).

     (3) According to records from N-STAR, the utilities for the target location are in the name of ▆▆▆▆▆▆▆▆, with a home phone number of (617) 869-2455. According to RMV records, ▆▆▆▆ does not reside at **164 Grove Street**, but instead resides at 8 Garrison Street, Apt. 11, Boston, Massachusetts. During the course of the wiretap investigation, agents intercepted several calls between MADARATI and a woman believed to be ▆▆▆▆▆▆▆ using this same cellular phone, (617) 869-2455, about MADARATI supplying to, and obtaining "pills" from ▆▆▆▆. For example, on August 29, 2010, at 7:44 p.m., MADARATI received an

incoming call over Target Telephone #1 from ▓▓▓▓ who was calling from phone number (617) 869-2455. During the call, ▓▓▓▓ asked MADARATI if she could pickup the truck in an hour and a half. MADARATI said he would leave the key outside and described where the truck would be. MADARATI then asked ▓▓▓▓ to find him some "pills" (believed to be oxycontin pills). ▓▓▓▓ said she would have them by tomorrow and asked MADARATI if he wanted to swing by her work. MADARATI told ▓▓▓▓ to bring them if she had any at her house or her mother's house. ▓▓▓▓ said she would see what she had at home. On December 17, 2010, at 3:46 p.m., MADARATI sent an outgoing text/SMS message over Target Telephone #4 to phone number (617) 869-2455, subscribed and previously used by ▓▓▓▓▓▓▓ which read, "*I have work for you I know you need some $$$$$.*" The next day, on December 18, 2010, at 1:25 p.m., the user of ▓▓▓▓▓▓ phone number responded, "*Hey. Okay. I'll call you later. Well chat!*" Thereafter, toward the end of a intercepted call on January 4, 2011, at 4:56 p.m., MADARATI asked ▓▓▓▓ how much he owed her for the "pills." ▓▓▓▓ said that she did not know, about a hundred something.

(4)    On September 23, 2010, following intercepted calls between MADARATI and KABBA about KABBA providing MADARATI a quantity of cocaine and delivering drug proceeds to MADARATI, agents conducting surveillance observed MADARATI meet with KABBA in the parking lot of a supermarket in Cambridge. At this time, Sgt. Levagie observed KABBA get out of a black GMC Yukon, carrying a large cardboard box. KABBA entered MADARATI's Dodge pickup, and KABBA and MADARATI departed the lot together and drove to **164 Grove Street in Waltham, Massachusetts**. After leaving **164 Grove Street**, MADARATI drove KABBA back to the parking lot in Cambridge and from video pole camera surveillance I then observed MADARATI return to his residence at **185 Warren Street** in Watertown and enter the target location with a box similar to the one agents observed KABBA deliver to MADARATI believed to contain drug proceeds.

(5)    On January 1, 2011, at 10:31 p.m., MADARATI made an outgoing call over Target Telephone #4 to KARAPET DZHANIKIAN, a.k.a. "Garo" at phone number (207) 391-2466. During the first part of the call, MADARATI and DZHANIKIAN argued about no answering each others calls. A few moments later, MADARATI told DZHANIKIAN, ". . . we're having a problem with the neighbors. You remember I told you I have ah... a fuckin nosey neighbor?" DZHANIKIAN asked, "The Waltham house or the Watertown house?" MADARATI replied, "The Wal, the Waltham house (referring to **164 Grove Street**). This mother fucker works for the F.B.I. . . . Yeah, I'll, I'll, I don't wanna talk on the phone, I'll talk about all this things later."

(6)    At approximately 1:15 p.m. on April 19, 2011, agents observed MADARATI arrive at enter the target location, **164 Grove Street** carrying some kind of unidentified object. MADARATI stayed there for approximately seven minutes, and then left the residence with an unknown male.

(C)    **80 Warren Street, Waltham, Massachusetts**

1.    **Description of Target Location**

The target location, **80 Warren Street, Waltham, Massachusetts**, is a brown single family, single story dwelling with no shutters, white trim and the front door is a dark wood stain color with a screened storm door and the number 80 is marked to the left of the door. There is a brown picket fence in the front of the house. The driveway is on the left side of the residence, leading to a detached garage which is brown with white garage doors. There is a second entrance to the house on the left side of the residence which is a white storm door.

2.    **Link to Criminal Activity**

The target location, **80 Warren Street, Waltham, Massachusetts**, is the residence of ▓▓▓▓▓▓▓▓ one of MADARATI's drug trafficking associates. During recent intercepted calls, MADARATI talked to Panossian about picking up a "bag" and "shoe bag" at ▓▓▓▓▓▓ residence, the target location. MADARATI also asked ▓▓▓▓▓▓ for a number, believed to be some kind of code, in order to MADARATI to leave some items at ▓▓▓▓▓▓ residence, possibly in the garage. The target location is less than 2 miles away from MADARATI's residence at 185 Warren Street.

(1)    In August, 2010, agents intercepted several calls between MADARATI and Panossian in which MADARATI arranged to distribute some illegal drugs to ▓▓▓▓▓▓ During these calls, ▓▓▓▓▓▓ was intercepted using phone number (617) 921-4113, which is subscribed to ▓▓▓▓▓▓▓▓, **80 Warren Street, Waltham, MA**, the address for the target location. For example, on September 7, 2010, at 10:19 a.m., MADARATI made an outgoing call over Target Telephone #1 to an individual believed to be ▓▓▓▓▓▓ at phone number (617) 921-4113. During the call, MADARATI and ▓▓▓▓▓▓ talked about working out at the gym and getting big. MADARATI said he got some of "Garo's" steroids cheap, 50 bucks, and that they are perfect. Earlier in the investigation, on August 30, 2010, at approximately 5:47 p.m., ICE SA John Pasciucco observed three vehicles parked in MADARATI's driveway, including a 1998 black Jeep Cherokee, registered to ▓▓▓▓▓▓ 80 Warren Street, Waltham, MA. On December 24, 2010, at 6:24 p.m., MADARATI received an incoming call over Target telephone #4 from Razmig Panossian who was calling from (617) 921-4113. During the call, ▓▓▓▓▓▓ asked, "Listen umm, do you have a couple Percocets (oxycodone) with you?" MADARATI asked, "The heavy duty one?" ▓▓▓▓▓▓ replied, "No, I want the 5 milligram, I want that." MADARATI said, "I have 5, 10 and 30, you name it." ▓▓▓▓▓▓ said, "I need the 5 man, this fucking [u/i] is close today I couldn't pick up my prescription." MADARATI replied, "Oh, baby, you get it, I'll...you want me to bring it to you?"

(2)    During more recent intercepted calls, MADARATI has indicated that he is storing what is believed to be drug proceeds at ▓▓▓▓▓▓ residence, the target location. On April 15, 2011, at 6:32 p.m., MADARATI made an outgoing call over Target Telephone #15 to

█████████████ at phone number (617) 921-4113.  During the first part of the call, MADARATI asked, "Umm..are you home?" ████████ said, "No."  MADARATI asked, "When you think you gonna be home?" ████████ said, "Little bit. Little bit."  MADARATI then said, "Yes, call me, I may gotta swing by grab this bag." ████████ asked, "You wanna grab the bag?" MADARATI clarified, "Yeah, the shoe bag (which agents believe is a reference to a bag of drug proceeds or illegal drugs)."  Panossian said, "Yes. [U/I] ok. I'll...i'll be home like at 7...7:15, you wanna come by?"  MADARATI answered, "Ummm, just give me a call, I'm gonna be down the street from you anyway."   During an intercepted call later that same evening at 8:20 p.m., ████████ asked, "Ahh, you want me to swing by right now and pick up those? . . . You need it right now or you can do it later or tomorrow, whatever."

    (3)    On April 16, 2011, at 10:09 p.m., MADARATI made an outgoing call over Target Telephone #15 to ████████████ at phone number (617) 921-4113.  During the call, MADARATI said he wanted to stop by ████████ place (the target location) to drop off some "things" for him. ████████ said he could do it tomorrow so MADARATI could pick up the "shoes" too.  The next day, at April 17, 2011, at 5:36 p.m. MADARATI called ████████ and again said he wanted to drop off some things.  MADARATI then asked, "The number of the what is it called ...[the one that is] yours." ████████ asked, "Oh, at my house?"  MADARATI said, "Yeah." ████████ said, "Oh, you over there, yeah, it's one—" MADARATI interrupted, "No, no, I'm not there, but I want to go drop the stuff there." ████████ replied, "Ok, yeah, it's 1985" (which agents believe is possibly the 4-digit code to ████████'s garage at the target location).

    (4)    Around this same time, following the arrest of MARTINEZ and SIMMONS on April 10, 2011, MADARATI has become increasingly aware of law enforcement surveillance and has indicated to some of his criminal associates that he is planning on leave the country within the next 5 days.  MADARATI has instructed his criminal associates, including ROBERT JOHNSON, to be careful of police surveillance and change their cellular phone numbers.  Based on these recent intercepts, agents believe that MADARATI is storing drug proceeds, illegal drugs, or other evidence related to MADARATI's drug trafficking activities in order to conceal such evidence from law enforcement.

**(D) 10 Oakley Road, Garden Apartment, Watertown, Massachusetts**

    1.    Description of Target Location

    The target location, **10 Oakley Road, Garden Apartment, Watertown, Massachusetts,** is a tan, two story dwelling with granite staircase, brown door with white trim. Mailbox on each side of the door with a clearly visible number 10 on the trim surrounding the front door. Dwelling has a two car garage on the left side of the house with green doors.

    2.    Link to Criminal Activity

    Agents believe that the target location,**10 Oakley Road, Garden Apartment, Watertown, Massachusetts,** is a location that VARTAN SOUKIASIAN uses to receive and store large quantities of marijuana and other illegal drugs. SOUKIASIAN currently resides at 79 White Street, Watertown, Massachusetts, but uses the Target Location as stash house for MADARATI and SOUKIASIAN's collective drug trafficking activities.

    (1)    According to records from N-STAR, the utilities for **10 Oakley Road, Garden Apartment, Watertown, Massachusetts,** are in the name of Vartan Soukiasian, with a home phone number listed as (857) 829-0797, the same phone number over which VARTAN SOUKIASIAN was intercepted over the course of the wiretap investigation.

    (2)    On February 10, 2011, at 4:33 p.m., agents intercepted a call over Target Telephone #6 between MADARATI and VARTAN SOUKIASIAN where MADARATI informed SOUKIASIAN that he was on his way over to SOUKIASIAN's residence to deliver the "40 bucks" (40 pounds of marijuana, that SOUKIASIAN would then deliver to JEFFREY SPINKS). SOUKIASIAN replied that he was in Arlington, but would be there in 10 minutes. Following this call at around 4:45 p.m., agents established surveillance in the area of the target location, **10 Oakley Road, Watertown, Massachusetts.** Around the same time, TFO Dean Levangie observed MADARATI at the residence driving his black Mercedes AMG bearing MA registration 239FJ5 and pull into the driveway. At approximately 4:58 p.m., ICE SA John Pasciucco and other agents observed SOUKIASIAN arrive at **10 Oakley Road** in his dark gray Mercedes, bearing MA dealer registration 125K. During this time, MSP Trooper Tirela observed MADARATI's trunk open and close and observed MADARATI and SOUKIASIAN engage in conversation. At around 5:03 p.m., both MADARATI and SOUKIASIAN left the area.

    (3)    During an intercepted call on April 12, 2011, SOUKIASIAN asked MADARATI ". . How many units am I going to see tomorrow?" MADARATI replied, "Two hundred (pounds of marijuana). The next day, during surveillance of the target location, BPD Officer observed SOUKIASIAN leave this residence at 79 White Street, drive to the **10 Oakley Road,** and meet with an unidentified male maroon Mercury Marquis from upstate New York. After observing the trunk to Mercury open and seeing the Mercury leave the area, SOUKIASIAN

immediately called MADARATI and informed him that SOUKIASIAN had just received 100 pounds of marijuana and "pills" that MADARATI described as "E."

(4)     Thereafter, MADARATI and SOUKIASIAN arranged to distribute 40 pounds of marijuana, from **10 Oakley Road**, to JEFF SPINKS. During surveillance, ICE TFO Levangie observed SPINKS arrive at the target location and meet with SOUKIASIAN in the rear of the residence, near a detached garage, just out of view of TFO Levangie's surveillance position. During this time, I believe that SOUKIASIAN transferred 40 pounds of marijuana to SPINKS. Specifically, on April 13, 2011, at 12:52 pm, TFO Levangie observed a maroon Mercury Grand Marquis with NY license plates arrive at and park in the rear of the driveway of the target location abutting the garage. As described above, after this surveillance, in an intercepted call SOUKIASIAN informed MADARATI that he had just received 100 pounds of marijuana. At 1:05 pm, TFO Levangie observed VARTAN SOUKIASIAN exit the Front door of **10 Oakley Road**. TFO Levangie observed SOUKIASIAN walk directly to the passenger door of his Mercedes, retrieve an object and re-enter the target location through the same front door. At 1:35 p.m., TFO Levangie observed a green Jeep Cherokee, bearing MA registration pull into and park in the driveway against the garage door. A white male later identified as JEFFREY SPINKS, exited and walked to the rear of the residence at 10 Oakley Road toward the detached garage, out of view of TFO Levangie. A short time later, at 1:48 p.m., Levangie observed SPINKS exit from the rear of the residence in the driveway between the garage and the house and walked directly to the passenger side of the Jeep, before then walking around the vehicle and getting into the driver's seat. SPINKS then exited the driveway and departed the area. As the Jeep backed out of the driveway, TFO Levangie observed SOUKIASIAN walk from the rear of the residence up the driveway and directly to the front door of the residence. Levangie observed SOUKIASIAN enter and exit the front door quickly. Levangie observed him check the lock of the front door and exit the residence with an envelope in his hand, get into his Mercedes and exit from the driveway.

(E) ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

1.    **Description of Target Location**

The target location, ███████████████████████████████████████████████,
████████████████████████s, is a single unit, one story commercial use studio yellow with white
trim. The front door is glass with white trim and a window in the front of the business is
embossed with "we buy gold" in gold lettering. A yellow with white trim façade is hung on the
front of the store with the name LLG Jewelry clearly marked.

2.    **Link to Criminal Activity**

Agents believe that the target location, a business known as ████████████████████
located at ████████████████████████████████████████████████████████a
business owned and operated by ████████████████████and that ████████assists
MADARATI in the laundering of his drug proceeds. Specifically, based in part on intercepted
calls, agents believe that MADARATI delivers drug proceeds in U.S. currency to Lalayan at *LLG
Jewelry* in exchange for "clean" U.S. currency in order to conceal the illegal nature of
MADARATI's drug wealth.

(1)    During the course of physical surveillance, agents have observed MADARATI
meet with ████████ooth at MADARATI's residence at **185 Warren Street** and at ████████
business, ████████████████ For example, on September 9, 2010, at 9:35 p.m., ICE SA Ken
Peterson observed a black Lexus sedan bearing MA registration 15JK71, arrive at MADARATI's
residence, **185 Warren Street Watertown, Massachusetts**. This vehicle was registered to
████████████████████████████████████████████████████████the address for the
target location. The driver of the black Lexus, who is believed to be ████████████, arrived in
front of MADARATI'S residence and parked on Warren Street, approximately one house down.
SA Peterson then observed the driver of the vehicle ████████walk to MADARATI's vehicle and
get into the passenger seat. MADARATI then exited his house and got into the driver's seat
before pulling out of the driveway and departing the area.

(2)    On September 23, 2010, at 11:02 a.m., MADARATI made an outgoing call to an
unidentified male believed to be ████████████████████ at phone number (857) 928-0297.
During the call, agents believe that MADARATI arranged to deliver money t ████████who
would then deposit the cash "slowly" (in a structured manner). The call took place in Arabic and
was translated into English. During the first part of the call, MADARATI asked ████████how
close his business was to the Burlington Mall. ████████said a half mile. MADARATI said he
had to first go to Quincy. Lalayan said, "Ok, that's it, then just go *Habibi*." MADARATI
replied, "No, I have the money with me so I give it you man, I've been going around with them in
the car for like a week." ████████said, "Just come, just come and bring them, then go."
MADARATI replied: "Ok, I'll see . . alright, I'm coming to you." A short time later, at around
11:15 a.m., MSP Sgt. Dean LeVangie spotted this same vehicle parked unoccupied in a parking

lot adjacent to a ▓▓▓▓▓▓ store located at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is believed to the owner of ▓▓▓▓▓▓ ▓▓▓▓.
At around 11:22 a.m., Sgt. LeVangie observed MADARATI exit ▓▓▓▓▓▓, get back into the
Dodge Pickup and depart the area.

     (3)    During the wiretap investigation, MADARATI has had numerous intercepted
calls with ▓▓▓▓▓ in which MADARATI has arranged to deliver U.S. currency (MADARATI's
drug proceeds) to ▓▓▓▓▓. ▓▓▓▓▓, in turn, has instructed MADARATI on various ways to
launder his drug money. The following intercepted calls demonstrate this money laundering
relationship between MADARATI and ▓▓▓▓▓ and the use of ▓▓▓▓'s business to launder
drug money.

     (a)    On October 26, 2010, at 3:14 p.m., MADARATI made an outgoing call
over Target Telephone #3 to a male believed to be ▓▓▓▓▓▓, a.k.a. "Zuzu." During the
later part of an approximately 9 minute conversation, MADARATI and ▓▓▓▓▓ talked about
depositing money into a bank account in structured manner. The conversation took place in
Arabic and was translated into English. MADARATI asked ▓▓▓▓▓ "When can we send the
second batch?" ▓▓▓▓▓ answered, "The second batch? I cannot send from the account right
now, we have to wait because we will have a problem. . . . you will make 4 to 5,000 dollars a
day." MADARATI answered, "I will make millions." The conversation was continued in
another call a minute later. MADARATI asked again about the "second batch." ▓▓▓▓▓ said
they would do it in about a month or so. MADARATI asked ▓▓▓▓▓, "Teach me how to send it
better, maybe I'll send a little from my account." ▓▓▓▓▓ replied, "Come and I'll teach you how,
come I'll teach you how. Send from you account, you can, why aren't you sending?" ▓▓▓▓▓
later said, ". . . give me the accounts, I'll go in there and I'll move it . . but are you scared to
move them from your account to mine? Give me the accounts and I'll send it for you if you
want." ▓▓▓▓▓ said, "Come by me at the store here, Saturday, we'll log in to your account."
Lalayan later explained, "You have a lot of friends, if each one send 10, that's a 100."
MADARATI then asked, "Have you talked to Gary?" ▓▓▓▓▓ said, "Yeah, this week I'm going
to talk to him." MADARATI said, "Have him give us a check for 60 or 70,000, we'll say he
bought a watch from me, my brother. ▓▓▓▓▓ answered, "Oh, okay, not a big deal . . 50 . .
60,000 is not a problem, we'll do it if you want." As described above, the next day, on October
27, 2010, MADARATI delivered approximately $700,000 in drug money to ▓▓▓▓▓▓▓
that was seized the same day at Hanscom Airport.

     (b)    On October 28, 2010, at 12:46 p.m,. MADARATI made an outgoing call
over Target Telephone #3 to male believed to be ▓▓▓▓▓▓ at phone number (857) 928-
0297. Agents believe that in the call MADARATI and ▓▓▓▓▓ talked about how ▓▓▓▓▓ would
give MADARATI check for $50 or $60,000 in exchange for drug money that MADARATI gave
▓▓▓▓▓ During the call, ▓▓▓▓▓ said, "I'm just doing my calculations, I... Should I this week,
make a check for you for fifty 50?" MADARATI said, Like fifty 50 or sixty 60." ($50,000 or
$60,000). MADARATI said, "Okay fifty 50. Prepare your ID for me today, I'll stop by you today
(at ▓▓▓▓▓▓ the target location). . . Prepare that for me. And if you have those ready for me
(the clean U.S. currency), give them to me so I can take care of things too, so I bring you those. If

you can give me the fifty 50 today for example how much you want to send." Later that evening during an call at 7:25 p.m., MADARATI asked ███████ how much money he should bring ████████ in exchange for the check. ████████ and MADARATI then talked about another person who wanted to launder money with ████████ ████████ explained that he didn't want to talk over the phone, but that they could start at 50 ($50,000). MADARATI asked, "You told him about the watch and things like that?" ████████ answered, "I told him, I told him, that's it. I won't talk on the pho-... I told him we're going to do 50 like that... He said "Okay, that's it, bring them". He said bringing fifty 50 is ok, but hundred 100, a hundred-fifty 150, two-hundred 200, or larger, no. He's hesitating. [U/I - MUMBLING].. You understand how he's doing it? 40-50 is no problem (meaning that larger transactions of $100,000 to $150,000 were too large because they would attract attention, but smaller transactions of between $40,000 to $50,000 were "no problem.")

(c)    On October 29, 2010, at approximately 11:25 a.m., ICE SA Eric Mackin and Trooper Orlando Tirella observed Safwan MADARATI arrive at ████████ ████████, in his red Chevrolet van (MA Commercial Reg. # L21613). At approximately 11:27 a.m., Trooper Tirella observed MADARATI exit his vehicle while carrying a bag in his left hand. MADARATI then entered the store. At approximately 12:54 p.m., SA Mackin and Trooper Tirella observed MADARATI exit ████████. MADARATI was escorted to the front door by a medium-skinned, white male, who SA Mackin later identified, through a MA RMV photo as ████████. MADARATI got into his red van while carrying a small, white plastic bag. At this point, MADARATI departed from this location and returned to the Watertown, MA, area.

(d)    On November 12, 2010, at 2:54 p.m., MADARATI made an outgoing call over Target Telephone #4 to ████████ at phone number (857) 928-0297. The call took place in Arabic and was translated into English. During the call, agents believe that MADARATI and ████████ talked about laundering MADARATI's drug proceeds through Lalayan's business. ████████ asked, "Okay tell me, you tell me what... what solution do you have?" MADARATI: "Ahh... put money in the bank, give me a check...9 thousand." ████████ said, "I give you? I have no money in the bank. I don't want it to come out of my account, because my account... like 2,000 won't show (be detected by the bank or law enforcement) up but if 10,000 went through it will show up, it is like the eye of the [U/I]..you know what I mean? . . . We'll do something else (meaning that Lalayan did not want MADARATI depositing too much money into his account because it would look suspicious. Lalayan has a bank account at Citizen's Bank under the name "████████" with a balance of only approximately $9,000). Wait a little it hasn't even been 20 days, What's wrong with you? It hasn't been 20 days man!" MADARATI replied, "This man [referring to himself]... he has a debt, he needs to pay off his debts, yo!" ████████ said, "Fuck these debts. I know you, you're sending (laundering) money with 50 people you mother fucker, you still don't have 2 million dollars there yet?" MADARATI answered, "I swear on my honor that he have nothing but 7 thousand dollars in the bank." ████████ replied, "So where, where is all this spending going, all the money you're sending. Just me alone, I have sent 900 thousand ($900,000) for you. Where did they go?" MADARATI responded that it was for the family and for the poor.

      (e)    On December 19, 2010, at 12:04 p.m., MADARATI made an outgoing call over Target Telephone #4 to ████████████████████ at phone number 857-928-0297. During the call, agents believe that ████████ told MADARATI to bring over $50,000 in drug proceeds so he could launder the funds for MADARATI. ████████ said, "If you want to bring 20's bring about 50 so I can get them done for you tomorrow if you want . . .bring 50 with you so I can get it done for you tomorrow . . . ok, bring them, put them in the car and I'll give it to you."

      (f)    On December 20, 2010, at 10:23 p.m., MADARATI received an incoming call over Target Telephone #4 from ████████ who as calling from phone number (857) 928-0297. During the call ████████ told MADARATI that he would be able to give him $100,000.00 that agents believe ████████ has been laundering through his business. ████████ said, "Is it fine about the 50? Because is not [u/i] 20 has gone already, on Monday I'll get it and give you the 50; ok brother?" MADARATI asked, "You want me to give you more?" ████████ said, "No, I don't need it now [VOICES OVERLAP] so they will go, 20 is gone, tomorrow 15 again. By Monday when they finish, I'll give you 100."

      (g)    On December 29, 2010, at 7:58 p.m., MADARATI made an outgoing call over Target Telephone #4 to ██████████████████████" at phone number (857) 928-0297. In the call ████████ asked MADARATI if he could give him 100 until Monday because he had a customer coming in with a very big quantity, 400 or 500. MADARATI asked if he wanted more. Lalayan said only 100's (dollar bills that agents believe tha ████████ is laundering through his jewelry business) and that the customer would not take 20's. The same day, at approximately 10:46 p.m., I observed, via a pole camera, a black sedan pulling into the drive way at MADARATI's residence, **185 Warren Street, Watertown**. The operator of the vehicle, believed to be ████████████████████████" remained inside the vehicle while it idled in the driveway. At approximately 10:47 p.m., MADARATI exited the front door of his residence and was carrying what appeared to be an object in his left hand. MADARATI immediately approached the passenger side window of the black sedan and handed the object to the operator of the vehicle ████████, leaned inside the window and appeared to engage the driver in a short conversation. Approximately thirty seconds later, at 10:47 p.m., MADARATI stepped away from the vehicle and re-entered his residence. At this time the operator of the black sedan backed out of the driveway and departed the area.

      (h)    On March 3, 2011, at 12:19 p.m., MADARATI made an outgoing call over Target Telephone #15 to ██████████████████████" at phone number (857) 928-0297. The call took place in Arabic and was translated into English. Before ████████ answered the call, MADARATI would be overheard using another cellular making a phone call and saying that he was calling Canada. Moments later, ████████ answered the phone and MADARATI said, "This guy brought me the money . . .this guy brought the money to me, the 20's." ████████ said, "Ok, brother, I'll talk to you, because I'm up."

      (i)    On April 14, 2011, at 12:04 p.m. MADARATI made an outgoing call over Target Telephone #9 to ████████████████████████" at phone number (857) 928-0297. During the call, MADARATI told ████████ hat he was going to come up (████████████ the next day.

███████ responded, "Call me an hour earlier."   MADARATI then said that he needed some
money, and ███████ said he would give it to him but then said that he was not willing to endure
MADARATI's mistakes.  Days later, on April 18, 2 2011, at 2:14 p.m. MADARATI made an
outgoing call over Target Telephone #9 to ███████████████ at phone number (857)
928-0297.  During the call, MADARATI and ███████ talked about some gold that Lalayan that
sold to MADARATI that ███████ indicated that he acquired on the black market.

.73

(F)    14 Lexington Street , Stoneham, Massachusetts

    1.    **Description of Target Location**

The target location, **14 Lexington Street , Stoneham, Massachusetts**, is a tan in color single family "cape" style dwelling with dark maroon door and a white storm door. Dwelling has dark maroon shutters. Driveway on the right side of the house with a side entry into the residence. The number 14 is visible on the mailbox which is located at the end of the driveway.

    2.    **Link to Criminal Activity**

The target location, **14 Lexington Street, Stoneham, Massachusetts**, is the residence of ROBERT JOHNSON, a.k.a. "Bobby," one of MADARATI's primary wholesale marijuana customers. Agents believe that JOHNSON's uses his residence as a place to store marijuana, drug proceeds, and records including ledgers relating to JOHNSON's drug transactions.

According to records from N-Star, the utilities for the target location, **14 Lexington Street, Stoneham, Massachusetts** are in the name of Patricia Johnson, who is believed to be ROBERT JOHNSON's mother.

    (1)    The following intercepted conversations establish that ROBERT JOHNSON stores drugs and drug proceeds at the target location. During an intercepted call on September 27, 2010, at 1:22 p.m. MADARATI informed a then-unidentified male who was using phone number (339) 227-0701, who was later identified ROBERT JOHNSON, that MADARATI wanted JOHNSON to bring him the money. JOHNSON informed MADARATI that he wanted to bring the money that he owed MADARATI and stated,"I'm probably gonna take 40M and like 40J" (referring to marijuana)." MADARATI informed JOHNSON that he would be at his house waiting for a call from JOHNSON. Later that day, 6:09 p.m., MADARATI placed an outgoing call to JOHNSON at phone number (339) 227-0701 and arranged to meet JOHNSON at the Mt. Auburn Hospital, where JOHNSON said he would give MADARATI the money he owes him. Thereafter, at approximately 7:00pm, agents observed a black Nissan Maxima, bearing MA registration # 7AL580, depart from ROBERT JOHNSON's residence, **14 Lexington Street, Stoneham Massachusetts**, the target location and the address was listed on the subscriber information for cellular number (339) 227-0701. About 30 minutes later at approximately 7:35 p.m., agents observed this same Nissan Maxima pull into Mt. Auburn Hospital, 330 Mount Auburn St, Cambridge Massachusetts into the second floor of the parking garage. The vehicle was observed to be occupied ~~[illegible]~~. The four individuals exited the vehicle and entered the hospital. At 7:50p.m., Trooper Collins observed MADARATI's black Mercedes AMG, MA Registration 239FJ5, operated by  MADARATI pull into Mt. Auburn Hospital parking garage. MADARATI was observed backing his Mercedes AMG into a parking space alongside the Nissan Maxima, which officers followed from **14 Lexington Street Stoneham, MA**. SA Buckley observed the male later identified as JOHNSON and MADARATI conversing outside two vehicles. SA BUCKLEY then observed JOHNSON remove a black duffle bag from the trunk of the Nissan Maxima and transfer it into the trunk of MADARATI'S

Mercedes AMG.  Approximately ten minutes later, MADARATI was observed exiting the parking garage. MADARATI was observed via the pole camera pulling into his driveway at approximately 8:16 p.m. at **185 Warren Street**.

(2)    During an intercepted call on January 3, 2011, JOHNSON told MADARATI that he had a hidden compartment, a "good spot" at this mother's house (at 14 Lexington Street, Stoneham) where he was storing his marijuana and drug proceeds.  In particular, MADARATI said, ". . . be careful, be very fucking careful, don't put nothing in your house. Put everything at your dad's house (26 Sherman Street, Cambridge).  JOHNSON replied, "No, I know. I got a good spot at my house too, that's like really..i got like..it take Like 3...you gotta get through 3 doors and then it it's like open into a wall and shit . . " (agents believe this is a reference to a hidden compartment at 14 Lexington Street, Stoneham).

(G)    26 Sherman Street, Cambridge, Massachusetts

1.    Description of Target Location

The target location, 26 Sherman Street, Cambridge, Massachusetts, is a dark green single family dwelling, two story, with white trim and a farmers porch located on the front of the residence with number 26 adorned clearly on a banister of the porch. The front door is a pale beige tone with a steel/white storm door. The driveway of the residence is located at the rear, where two additional doors allow access to the residence. Both rear doors have steel storm doors.

2.    Link to Criminal Activity

Agents believe that the target location, 26 Sherman Street, Cambridge, Massachusetts, is the residence of ROBERT JOHNSON's parents, but is a location that JOHNSON using to store marijuana, drug proceeds, and records including ledgers relating to JOHNSON's drug transactions.

(1)    During a series of intercepted calls on October 22, 2010, MADARATI arranged to deliver marijuana to JOHNSON. The next day, on October 23, 2010, agents observed MADARATI first travel to 14 Carlton Terrace, one of MADARATI's stash houses, and then drive to JOHNSON's location at 26 Sherman Street, Cambridge.

(2)    On February 5, 2011, at around 3:05 p.m., through the pole camera outside 185 Warren Street agents observed MADARATI arrive at his residence. A short time later, agents observed a black Nissan Maxima bearing MA registration 7AL850 driven by ROBERT JOHNSON, a.k.a. "Bobby" arrive at MADARATI's at 185 Warren Street. At around 3:12 p.m., from the same pole camera, I observed MADARATI and JOHNSON walk from the corner of the driveway out of view of the camera each carrying what appeared to be weighted plastic trash bags. (believed to contain marijuana, though there were no wiretaps on any of MADARATI's cellular phones at the time). I then observed JOHNSON place the black weighted trash bag he was holding into the trunk of his Nissan Maxima, and MADARATI placed the bag he was carrying into the bed of his blue Dodge pick-up truck. A short time later, at 3:46 p.m., from a pole camera at JOHNSON's father's residence at 26 Sherman Street in Cambridge, Massachusetts, I observed JOHNSON remove the plastic trash bag (believed to contain marijuana) from his Nissan Maxima, and bring the bag into the house.

(3)    During several intercepted calls, JOHNSON has indicated to MADARATI that he has a "safe" and money counting machine that he uses for his drug proceeds. For example, during an intercepted call on September 24, 2010, at 11:21 a.m., MADARATI and JOHNSON talked about collecting money from JOHNSON and being careful with the money. JOHNSON said that when his dad fell (at his father's house at 26 Sherman Street, Cambridge) the police came. MADARATI asked, "Yes, you have a safe downstairs, right" and JOHNSON replied, yes." During this same intercepted call, JOHNSON also told MADARATI that he had approximately $800,000 (in drug money) at this location, 26 Sherman Street, Cambridge, and

he expected to have a what MADARATI referred to as "a rabit" (a million) by the summer.

**(H)**   **19 Sylvan Street, Boylston, Massachusetts**

**1.   Description of Target Location**

The target location, **19 Sylvan Street, Boylston, Massachusetts**, is a single family dwelling, two stories, beige in color with white shutters. White Balcony with pillars over the front door of the residence. The front door is black. The dwelling has a two car garage with black doors on the left side of the residence. The mailbox is located at the end of the driveway with the number 19 marked clearly on it.

**2.   Link to Criminal Activity**

Agents believe that the target location, **19 Sylvan Street, Boylston, Massachusetts**, is the primary residence of JEFFREY SPINKS and that on April 13, 2011, SPINKS acquired a quantity of 40 pounds of marijuana from VARTAN SOUKIASIAN at 10 Oakley Road and transported that marijuana directly to his residence.

(1)   Based on information from the Massachusetts Register of Motor Vehicles, JEFFREY SPINKS lists his residential address as the target location, **19 Sylvan Street, Boylston, Massachusetts**.

(2)   As described above, during a series of intercepted calls on April 12 and 13, 2011, VARTAN SOUKIASIAN informed MADARATI that he had just received 100 pounds of marijuana. MADARATI in turn directed SOUKIASIAN to give 40 pounds to SPINKS, but told SOUKIASIAN to tell SPINKS that he had to repay the money within three days. Thereafter these calls at approximately 1:35 pm, MSP Trooper Brad Porter observed a green Jeep Grand Cherokee, bearing MA registration 94MY19, registered to *ATW Electronics*, 24 Spice Street, Charlestown, MA arrive at the **10 Oakley Road**. Trooper Porter observed SPINKS exit the vehicle and walk to the rear of 10 Oakley Road. Minutes later, at approximately 1:48 pm, Sgt Dean Levangie observed the same green Cherokee back out of the driveway and followed the Green Jeep Cherokee as it traveled westbound on the Massachusetts Turnpike. Agents and officers then surveilled the SPINKS in his Green Jeep Cherokee to a rest area on the Massachusetts Turnpike in Framingham, MA. SA Krol positively identified SPINKS from a Massachusetts driver's license photograph and observed SPINKS walk into McDonald's and order food. SPINKS remained at McDonald's for a short period of time and departed the area. At approximately 2:55 pm, agents and officers followed SPINKS directly to SPINKS's residence at **19 Sylvan Street, Boylston, MA**. Trooper Joe Crowley observed the Cherokee park at the residence and further observed SPINKS exiting the garage with an unknown object in hand. In addition, Trooper Crowley observed the driver's side door of the Cherokee open.

## IV. CONCLUSION

Based on the information contained in this affidavit, I submit that there is probable cause to believe that:

(A)   (1) SAFWAN MADARATI, a.k.a. "Sammy"; (2) VARTAN A. SOUKIASIAN, a.k.a. "V"; (3) HAGOP N. SARKISSIAN, a.k.a. "Jack"; (4) ANTRANIC IDANJIAN, a.k.a. "Anto"; (5) ROBERT JOHNSON, a.k.a. "Bobby"; (6) SANUSIE MO KABBA; (7) JEFFREY SPINKS; (8) ABRAHAM BELLINI, and (9) KARAPET DZHANIKYAN, a.k.a. "Garo" have committed the crime of conspiracy to distribute marijuana and oxycodone in violation of 21 U.S.C. §846; and that

(B)   (1) SAFWAN MADARATI, a.k.a. "Sammy," (2) HAGOP N. SARKISSIAN, a.k..a. "Jack," (3) SANUSIE MO KABBA; (4) RONALD J. MARTINEZ; and (5) DEVON SIMMONS have committed the crime of conspiracy to collect debt by extortionate means in violation of 18 U.S.C. §894(a); and

(C)    the above-described target locations, each further described to Attachment A to each warrant, contain evidence, proceeds, fruits, instrumentalities and contraband relating to the possession, distribution, and trafficking of controlled substances, including marijuana, oxycodone, cocaine, and ecstasy and money laundering offenses tending to prove that the above listed target subjects have violated one or more of the aforementioned criminal statutes.

Phillip Lavoie
Special Agent
Immigration and Customs Enforcement


Sworn to before me this 20th day of April, 2011

HON. JUDITH G. DEIN
United States Magistrate Judge
District of Massachusetts

80